AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Kansas

| | |
|---|---|
| United States of America<br>v.<br><br>KARL CARTER<br>a.k.a. "KC"  12835-045<br>*Defendant* | Case No. 16-mj-8080-TJJ<br><br>**FILED**<br>APR 11 2016<br>TIMOTHY M. O'BRIEN CLERK<br>By: _____ Deputy |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* KARL CARTER a.k.a. "KC",
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Ct. 1: Title 21, United States Code, Sections 841(a)(1), (b)(1)(C), and 846 and Title 18, United States Code, Section 2 - Conspiracy to distribute methamphetamine; Ct. 5: Title 18, United States Code, Section 1791(a)(2), (b)(1), and 2 - Inmate of a prison facility in possession of methamphetamine; Ct. 6: Title 18, United States Code, Section 1791(a)(2), (b)(5), and 2 - Inmate of a prison facility in possession of synthetic cannabis; Ct. 7: Title 18, United States Code, Section 1791(a)(2), (b)(5), and 2 - Inmate of a prison facility in possession of tobacco

Date: 04/11/2016

*Issuing officer's signature*

City and state: Kansas City, Kansas

Mike Mort, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 4/11/16, and the person was arrested on *(date)* 4/11/16
at *(city and state)* KCK.

Date: 4/11/16

*Arresting officer's signature*

B.W. Flannigan, DUSM
*Printed name and title*