AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Kansas

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 16-mj-8080-TJJ |
| ANTHON AIONO, | ) | |
| 28005-031 | ) | |
| Defendant | ) | |

**FILED**
APR 11 2016
TIMOTHY M. O'BRIEN CLERK
By: _____ Deputy

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
(name of person to be arrested)   ANTHON AIONO,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Ct. 1: Title 21, United States Code, Sections 841(a)(1), (b)(1)(C), and 846 and Title 18, United States Code, Section 2 - Conspiracy to distribute methamphetamine; Ct. 2: Title 18, United States Code, Section 1791(a)(2), (b)(1), and 2 - Provide and attempt to provide methamphetamine to inmates of a prison facility; Ct. 3: Title 18, United States Code, Section 1791 (a)(2), (b)(5), and 2 - Provide and attempt to provide synthetic cannabis to inmates of a prison facility; Ct. 4: Title 18, United States Code, Section 1791(a)(2), (b)(5), and 2 - Provide and attempt to provide tobacco to inmates of a prison facility

Date: 04/11/2016

_Issuing officer's signature_

City and state:   Kansas City, Kansas

Mike Mort, Deputy Clerk
_Printed name and title_

---

**Return**

This warrant was received on (date) 4/11/16, and the person was arrested on (date) 4/11/16
at (city and state)   KCK

Date: 4/11/16

_Arresting officer's signature_

B.M. Flannigan   Deputy USM
_Printed name and title_