AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Kansas

| | |
|---|---|
| United States of America<br>v.<br><br>ALICIA TACKETT,<br>28003-031<br>*Defendant* | ) ) ) ) ) ) ) ) Case No. 16-mj-8080-TJJ |

**FILED**
APR 11 2016
TIMOTHY M. O'BRIEN CLERK
By: _____ Deputy

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* ALICIA TACKETT, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Ct. 4: Title 18, United States Code, Section 1791(a)(2), (b)(5), and 2 - Provide and attempt to provide tobacco to inmates of a prison facility

Date: 04/11/2016

*Issuing officer's signature*

City and state: Kansas City, Kansas

Mike Mort, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 4/11/16, and the person was arrested on *(date)* 4/11/16 at *(city and state)* KCK.

Date: 4/11/16

*Arresting officer's signature*

B.M. Flannigan   DUSM
*Printed name and title*