AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Kansas

United States of America
v.

DAVID BISHOP,
a.k.a. "MR. GREEN," 28001-031
*Defendant*

Case No.   16-mj-8080-TJJ

**FILED**
APR 11 2016
TIMOTHY M. O'BRIEN CLERK
By: _____ Deputy

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   DAVID BISHOP, a.k.a. "MR. GREEN,"
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Ct. 1: Title 21, United States Code, Sections 841(a)(1), (b)(1)(C), and 846 and Title 18, United States Code, Section 2 - Conspiracy to distribute methamphetamine; Ct. 2: Title 18, United States Code, Section 1791(a)(2), (b)(1), and 2 - Provide and attempt to provide methamphetamine to inmates of a prison facility; Ct. 3: Title 18, United States Code, Section 1791 (a)(2), (b)(5), and 2 - Provide and attempt to provide synthetic cannabis to inmates of a prison facility; Ct. 4: Title 18, United States Code, Section 1791(a)(2), (b)(5), and 2 - Provide and attempt to provide tobacco to inmates of a prison facility

Date:   04/11/2016

_____
*Issuing officer's signature*

City and state:   Kansas City, Kansas

Mike Mort, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 4/11/16, and the person was arrested on *(date)* 4/11/16
at *(city and state)* KCK.

Date:   4/11/16

_____
*Arresting officer's signature*

B.M. Flanagan   DUSM
*Printed name and title*