CLERK'S COURTROOM MINUTE SHEET - CRIMINAL - MAGISTRATE JUDGE

UNITED STATES OF AMERICA

vs.

LORENZO BLACK

| | |
|---|---|
| Case No: | 16-mj-8080-01-TJJ |
| Age: | 40 |
| Education: | GED |
| AUSA: | Jared Maag for Erin Tomasic |
| Deft. Atty.: | John Jenab, AFPD |
| __X__ Appointed | _____ Retained |

| | |
|---|---|
| JUDGE: | Sebelius |
| DEPUTY CLERK: | Gilchrist |
| LOCATION: | Topeka, Kansas |
| DATE: | APRIL 11, 2016 |
| REPORTER: | Network @ 2:14 PM |
| PRETRIAL/PROBATION: | COREY KIRK |

Length of Hearing:   Rule 5:   8 min.
Hearing Completed:   yes

## PROCEEDINGS

| | | | | | | |
|---|---|---|---|---|---|---|
| (x) | Rule 5 Hearing | () | Initial Revocation Hearing | | () | Bond Hearing |
| () | ID/Removal Hearing | () | Held   () Waived | | () | Bond Revocation Hearing |
| () | Preliminary Hearing | () | Held   () Waived | | () | Discovery Conference |
| () | Detention Hearing | () | Held   () Waived | | () | |
| () | Arraignment | () | Held   () Waived | | | |

| | | | | | |
|---|---|---|---|---|---|
| () | Interpreter: | | | | |
| (x) | Charges and penalties explained to defendant | | | | |
| (x) | Defendant sworn and examined re: financial ability to retain counsel | | | | |
| (x) | Counsel appointed | () | At defendant's expense | | |
| (x) | Constitutional rights explained | (x) | Felony | () | Misdemeanor |
| () | Defendant declined to waive indictment | () | Will be presented by next Grand Jury | | |
| () | Signed Waiver of Indictment | | | | |
| () | Advised of rights under | () | Rule 20 | () | Rule 5 |
| () | Signed Consent to Transfer (Rule 20) | | | | |
| () | Petition to Enter Plea Filed | () | Plea Agreement Attached | | |
| () | Transfer under Rule 5 to: | | | | |

() ARRAIGNMENT AND PLEA:                                          () No. of Counts
    () Waived Reading of    () Indictment    () Information    () Read to Defendant
    () Previous Plea         () Guilty       () Not Guilty     Counts:          Withdrawn
    () Guilty                                                Counts:          Accepted
    () Not Guilty                                            Counts:

| | | | | | |
|---|---|---|---|---|---|
| () | Bail Denied | () | Bail fixed at | () | Bail remain at |
| () | $ | () | Unsecured | () | Secured |
| () | Release Order | () | Executed | () | Continued in effect |
| (x) | Deft. remanded to custody | () | Pending compliance with conditions of release | | |
| () | Detention Ordered | | | | |

Deft's next appearance:   Detention hearing and Preliminary hearing 4/14/16 at 2:30 PM before Magistrate Judge James

Miscellaneous: Defendant appears in person.   The court appoints John Jenab, CJA attorney, to represent the defendant. Government moves for pretrial detention.   Detention hearing is set for 4/14/16 at 2:30 PM before Magistrate Judge James. Preliminary hearing set for 4/14/16 at 2:30 PM before Magistrate Judge James.   Defendant remanded to custody.