CLERK'S COURTROOM MINUTE SHEET - CRIMINAL - MAGISTRATE JUDGE

UNITED STATES OF AMERICA

vs.

KARL CARTER
a.k.a "KC"

| | |
|---|---|
| Case No: | 16-mj-8080-02-TJJ |
| Age: | 41 |
| Education: | GED + 2 years of college |
| AUSA: | Skip Jacobs for Erin Tomasic |
| Deft. Atty.: | David Guastello, CJA |
| | __X__ Appointed        _____ Retained |

| | | | |
|---|---|---|---|
| JUDGE: | Sebelius | DATE: | APRIL 11, 2016 |
| DEPUTY CLERK: | Gilchrist | REPORTER: | Network @ 2:40 PM |
| LOCATION: | Topeka, Kansas | PRETRIAL/PROBATION: | COREY KIRK |

Length of Hearing:        Rule 5:        7 min.
Hearing Completed:    yes

PROCEEDINGS

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| (x) | Rule 5 Hearing | () | Initial Revocation Hearing | | () | Bond Hearing | |
| () | ID/Removal Hearing | () | Held | () | Waived | () | Bond Revocation Hearing |
| () | Preliminary Hearing | () | Held | () | Waived | () | Discovery Conference |
| () | Detention Hearing | () | Held | () | Waived | () | |
| () | Arraignment | () | Held | () | Waived | | |

| | | | | | |
|---|---|---|---|---|---|
| () | Interpreter: | | | | |
| (x) | Charges and penalties explained to defendant | | | | |
| (x) | Defendant sworn and examined re: financial ability to retain counsel | | | | |
| (x) | Counsel appointed | () | At defendant's expense | | |
| (x) | Constitutional rights explained | (x) | Felony | () | Misdemeanor |
| () | Defendant declined to waive indictment | () | Will be presented by next Grand Jury | | |
| () | Signed Waiver of Indictment | | | | |
| () | Advised of rights under | () | Rule 20 | () | Rule 5 |
| () | Signed Consent to Transfer (Rule 20) | | | | |
| () | Petition to Enter Plea Filed | () | Plea Agreement Attached | | |
| () | Transfer under Rule 5 to: | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| () | ARRAIGNMENT AND PLEA: | | | | | () | No. of Counts | |
| | () | Waived Reading of | () | Indictment | () | Information | () Read to Defendant | |
| | () | Previous Plea | () | Guilty | () | Not Guilty | Counts: | Withdrawn |
| | () | Guilty | | | | | Counts: | Accepted |
| | () | Not Guilty | | | | | Counts: | |

| | | | | | | |
|---|---|---|---|---|---|---|
| () | Bail Denied | () | Bail fixed at | () | Bail remain at | |
| () | $ | () | Unsecured | () | Secured | |
| () | Release Order | () | Executed | () | Continued in effect | |
| (x) | Deft. remanded to custody | () | Pending compliance with conditions of release | | | |
| () | Detention Ordered | | | | | |

Deft's next appearance:   Detention hearing and Preliminary hearing 4/14/16 at 2:30 PM before Magistrate Judge James

Miscellaneous: Defendant appears in person.   The court appoints David Guastello, CJA attorney, to represent the defendant. Government moves for pretrial detention.   Detention hearing is set for 4/14/16 at 2:30 PM before Magistrate Judge James. Preliminary hearing set for 4/14/16 a 2:30 PM before Magistrate Judge James.   Defendant remanded to custody.