# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

**UNITED STATES OF AMERICA,**
    *Plaintiff,*

**v.**                                                Case No. **16-8080-04-TJJ**

**ANTHON AIONO,**
    *Defendant.*

___

## ORDER APPOINTING COUNSEL
___

NOW on this 11th day of April, 2016, the Court, upon a showing that the defendant is financially unable to employ counsel and does not wish to waive counsel, hereby orders that Jason Hoffman is appointed as counsel for Anthon Aiono pursuant to the provisions of the Criminal Justice Act, 18 U.S.C. § 3006A.

This appointment is effective April 11, 2016.

                                                      s/ K. Gary Sebelius
                                                      The Honorable K. Gary Sebelius
                                                      United States Magistrate Judge