CLERK'S COURTROOM MINUTE SHEET - CRIMINAL - MAGISTRATE JUDGE

UNITED STATES OF AMERICA

vs.

ALICIA TACKETT

| | |
|---|---|
| Case No: | 16-mj-8080-05-TJJ |
| Age: | 29 |
| Education: | GED |
| AUSA: | Skip Jacob for Erin Tomasic |
| Deft. Atty.: | Kathleen Ambrosio, CJA |
|   X  Appointed | _____ Retained |

| | | | |
|---|---|---|---|
| JUDGE: | Sebelius | DATE: | APRIL 11, 2016 |
| DEPUTY CLERK: | Gilchrist | REPORTER: | Network @ 3:42 PM |
| LOCATION: | Topeka, Kansas | PRETRIAL/PROBATION: | COREY KIRK |

Length of Hearing:   Rule 5:   17
Hearing Completed:   yes

## PROCEEDINGS

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| (x) | Rule 5 Hearing | | ( ) | Initial Revocation Hearing | | ( ) | Bond Hearing |
| ( ) | ID/Removal Hearing | | ( ) | Held | ( ) Waived | ( ) | Bond Revocation Hearing |
| ( ) | Preliminary Hearing | | ( ) | Held | ( ) Waived | ( ) | Discovery Conference |
| ( ) | Detention Hearing | | ( ) | Held | ( ) Waived | ( ) | |
| ( ) | Arraignment | | ( ) | Held | ( ) Waived | | |

( ) Interpreter:
(x) Charges and penalties explained to defendant
(x) Defendant sworn and examined re: financial ability to retain counsel
(x) Counsel appointed                  ( ) At defendant's expense
(x) Constitutional rights explained    (x) Felony              ( ) Misdemeanor
( ) Defendant declined to waive indictment  ( ) Will be presented by next Grand Jury
( ) Signed Waiver of Indictment
( ) Advised of rights under            ( ) Rule 20             ( ) Rule 5
( ) Signed Consent to Transfer (Rule 20)
( ) Petition to Enter Plea Filed       ( ) Plea Agreement Attached
( ) Transfer under Rule 5 to:

( ) ARRAIGNMENT AND PLEA:                                      ( ) No. of Counts
    ( ) Waived Reading of  ( ) Indictment  ( ) Information  ( ) Read to Defendant
    ( ) Previous Plea      ( ) Guilty      ( ) Not Guilty   Counts:        Withdrawn
    ( ) Guilty                                              Counts:        Accepted
    ( ) Not Guilty                                          Counts:

| | | | | | |
|---|---|---|---|---|---|
| ( ) | Bail Denied | (x) | Bail fixed at | ( ) | Bail remain at |
| ( ) | $ | (x) | Unsecured O/R | ( ) | Secured |
| (x) | Release Order | (x) | Executed in open court | ( ) | Continued in effect |
| ( ) | Deft. remanded to custody | ( ) | Pending compliance with conditions of release | | |
| ( ) | Detention Ordered | | | | |

Deft's next appearance:

Miscellaneous: Defendant appears in person.   The court appoints Kathleen Ambrosio, CJA attorney, to represent the defendant. Government does not request pretrial detention.   The court orders defendant released on conditions of pretrial release with no financial bond.   Defendant nor counsel need appear at any hearing scheduled for 4/14/16 at 2:30 PM before Magistrate Judge James.