CLERK'S COURTROOM MINUTE SHEET - CRIMINAL - MAGISTRATE JUDGE

UNITED STATES OF AMERICA

vs.

DAVID BISHOP
a.k.a. "Mr. Green"

| | |
|---|---|
| Case No: | 16-mj-8080-07-TJJ |
| Age: | 68 |
| Education: | 8th grade |
| AUSA: | Skip Jacobs for Erin Tomasic |
| Deft. Atty.: | Cynthia Dodge, CJA |
| | __X__ Appointed  ____ Retained |

| | | | |
|---|---|---|---|
| JUDGE: | Sebelius | DATE: | APRIL 11, 2016 |
| DEPUTY CLERK: | Gilchrist | REPORTER: | Network @ 3:06 PM |
| LOCATION: | Topeka, Kansas | PRETRIAL/PROBATION: | COREY KIRK |

Length of Hearing:   Rule 5:   9 min.
Hearing Completed:   yes

## PROCEEDINGS

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| (x) | Rule 5 Hearing | ( ) | Initial Revocation Hearing | | | ( ) | Bond Hearing |
| ( ) | ID/Removal Hearing | ( ) | Held | ( ) | Waived | ( ) | Bond Revocation Hearing |
| ( ) | Preliminary Hearing | ( ) | Held | ( ) | Waived | ( ) | Discovery Conference |
| ( ) | Detention Hearing | ( ) | Held | ( ) | Waived | ( ) | |
| ( ) | Arraignment | ( ) | Held | ( ) | Waived | | |

( ) Interpreter:
(x) Charges and penalties explained to defendant
(x) Defendant sworn and examined re: financial ability to retain counsel
(x) Counsel appointed             ( ) At defendant's expense
(x) Constitutional rights explained   (x) Felony         ( ) Misdemeanor
( ) Defendant declined to waive indictment ( ) Will be presented by next Grand Jury
( ) Signed Waiver of Indictment
( ) Advised of rights under      ( ) Rule 20     ( ) Rule 5
( ) Signed Consent to Transfer (Rule 20)
( ) Petition to Enter Plea Filed   ( ) Plea Agreement Attached
( ) Transfer under Rule 5 to:

( ) ARRAIGNMENT AND PLEA:                         ( ) No. of Counts
    ( ) Waived Reading of   ( ) Indictment   ( ) Information   ( ) Read to Defendant
    ( ) Previous Plea   ( ) Guilty   ( ) Not Guilty   Counts:        Withdrawn
    ( ) Guilty                                        Counts:        Accepted
    ( ) Not Guilty                                    Counts:

| | | | | | | |
|---|---|---|---|---|---|---|
| ( ) | Bail Denied | ( ) | Bail fixed at | | ( ) | Bail remain at |
| ( ) | $ | ( ) | Unsecured | | ( ) | Secured |
| ( ) | Release Order | ( ) | Executed | | ( ) | Continued in effect |
| (x) | Deft. remanded to custody | ( ) | Pending compliance with conditions of release | | | |
| ( ) | Detention Ordered | | | | | |

Deft's next appearance:   Detention hearing and Preliminary hearing 4/14/16 at 2:30 PM before Magistrate Judge James

Miscellaneous: Defendant appears in person.   The court appoints Cynthia Dodge, CJA attorney, to represent the defendant. Government moves for pretrial detention.   Detention hearing is set for 4/14/16 at 2:30 PM before Magistrate Judge James. Defendant moves for a detention hearing immediately – DENIED. Preliminary hearing set for 4/14/16 a 2:30 PM before Magistrate Judge James.   Defendant remanded to custody.