CLERK'S COURTROOM MINUTE SHEET – **CRIMINAL**

UNITED STATES OF AMERICA,
                Plaintiff,

v.

                                        16-8080-02-TJJ

KARL CARTER,
                Defendant

USA Attorney: Erin Tomasic; David Guastello (CJA)

| JUDGE: | Teresa J. James | DATE: | 4/14/2016 |
|---|---|---|---|
| CLERK: | Carol Kuhl | TAPE/REPORTER: | Kim Greiner |
| INTERPRETER: | N/A | PROBATION: | Amanda Hudson |

**Length of Hearing:** __0__ Hr(s) __00__ Min(s)   (Time calculated on deft 1).
**Location:** Kansas City, Kansas
**Hearing Concluded:** (x) Yes ( ) No

PROCEEDINGS

| | | | | | | |
|---|---|---|---|---|---|---|
| ( ) | Rule 5 Hearing | ( ) | Initial Revocation | | ( ) | Bond Hearing |
| ( ) | Arraignment | ( ) | Held | ( ) Waived | ( ) | Bond Revocation |
| (X) | **Preliminary Hearing** | (X) | **Held** | ( ) Waived | ( ) | Identity Hearing |
| (X) | **Detention Hearing** | ( ) | Held | (X) **Waived** | ( ) | |
| ( ) | Scheduling Conference | ( ) | Held | ( ) Waived | ( ) | |
| ( ) | Interpreter | ( ) | Sworn | | ( ) | Previously sworn |

( )    Charges and penalties explained to defendant
( )    Defendant placed under oath
( )    Counsel appointed                      ( )    At defendant's expense
( )    Constitutional rights explained    ( )    Felony    ( )  Misdemeanor
( )    Defendant declined to waive indictment    ( )    Will be presented by next Grand Jury
( )    Signed Waiver of Indictment
( )    Advised of rights under Rule 20x
( )    Signed Consent to Transfer (Rule 20)
( )    Petition to Enter Plea Filed         ( )    Plea Agreement Attached
( )    Transferred to:
**( )**    **ARRAIGNMENT AND PLEA:**    ( )    No. of Counts:
        ( )    Waived Reading of    ( )    Indictment    ( ) Read to Defendant
        ( )    Previous Plea    ( )    Guilty    ( ) Not Guilty    Count:
        ( )    Guilty    ( ) Counts:
( )    Bail denied    ( )    Bail fixed at    ( )    Bail remains at
( )    $    ( )    Unsecured    ( )    Secured
( )    Release Order    ( )    Executed    ( )    Continued in effect
**(X)**    **Deft. remanded to custody**    ( )    Pending compliance with conditions of release
**(X)**    **Detention Ordered**

Preliminary Hearing – The Court finds probable cause has been established.
<u>Scheduling:</u>
- Status Conference set before Magistrate Judge Teresa J. James on Tuesday, May 10, 2016 at 2:00 PM.