CLERK'S COURTROOM MINUTE SHEET – **CRIMINAL**

UNITED STATES OF AMERICA,
               Plaintiff,

v.

                    16-20032-01-JAR-TJJ

LORENZO BLACK,
               Defendant

Attorney's:  Erin Tomasic (USA)      John Jenab (CJA)

| JUDGE: | Teresa J. James | DATE: | 5/10/2016 |
|---|---|---|---|
| CLERK: | Carol Kuhl | TAPE/REPORTER: | 2:11 pm |
| INTERPRETER: | N/A | PROBATION: | Amanda Hudson |

**Length of Hearing:** 0 Hr(s) 21 Min(s)   **Location:** Kansas City, Kansas
**Hearing Concluded:** (x) Yes ( ) No

PROCEEDINGS

| | | | | | | |
|---|---|---|---|---|---|---|
| ( ) | Rule 5 Hearing Indictment | ( ) | Initial Revocation | | ( ) | Bond Hearing |
| ( ) | Arraignment | ( ) | Held | ( ) Waived | ( ) | Bond Revocation |
| ( ) | Preliminary Hearing | ( ) | Held | ( ) Waived | ( ) | Identity Hearing |
| ( ) | Detention Hearing | ( ) | Held | **( )** Waived | **(X)** | **Arraignment** |
| ( ) | Scheduling Conference | ( ) | Held | **( )** Waived | ( ) | |
| ( ) | Interpreter | ( ) | Sworn | | ( ) | Previously sworn |

( ) Charges and penalties explained to defendant
( ) Defendant placed under oath
( ) Counsel appointed          ( ) At defendant's expense
( ) Constitutional rights explained     ( ) Felony  ( ) Misdemeanor
( ) Defendant declined to waive indictment  ( ) Will be presented by next Grand Jury
( ) Signed Waiver of Indictment
( ) Advised of rights under Rule 20x
( ) Signed Consent to Transfer (Rule 20)
( ) Petition to Enter Plea Filed        ( ) Plea Agreement Attached
( ) Transferred to:
**(X) ARRAIGNMENT AND PLEA:**   **(X)** No. of Counts: **5**
    ( ) Waived Reading of    ( ) Indictment   ( ) Read to Defendant
    ( ) Previous Plea       ( ) Guilty   **(X) Not Guilty Counts: 1, 2, 3, 4, 5**
    ( ) Guilty           ( ) Counts:
( ) Bail denied       ( ) Bail fixed at      ( ) Bail remains at
( ) $             ( ) Unsecured        ( ) Secured
( ) Release Order      ( ) Executed        ( ) Continued in effect
**(X) Deft. remanded to custody**   ( ) Pending compliance with conditions of release
( ) Detention Ordered

**Scheduling:**
- **Meet and Confer on or before May 18, 2016.**
- **Speed Trial Motion Filing Deadline – June 7, 2016**
- **Status Hearing before Judge Robinson; courtroom 427  - June 14, 2016 at 9:00 AM.**