CLERK'S COURTROOM MINUTE SHEET – **CRIMINAL**

UNITED STATES OF AMERICA,
        Plaintiff,

v.

        16-20032-04-JAR-TJJ

ALICIA TACKETT (04),
        Defendant

Attorney's: Erin Tomasic (USA); Kathleen Ambrosio (CJA)

| | | | |
|---|---|---|---|
| **JUDGE:** | **Teresa J. James** | **DATE:** | **5/10/2016** |
| **CLERK:** | **Carol Kuhl** | **TAPE/REPORTER:** | **2:00** |
| **INTERPRETER:** | **N/A** | **PROBATION:** | **Amanda Hudson** |

**Length of Hearing:** __0__ Hr(s) __ Min(s) (Minutes calculated on Def. 1 Minute Sheet).  Location: Kansas City, KS
**Hearing Concluded:** (x) Yes

PROCEEDINGS

( )  Rule 5 Hearing Indictment  ( )  Initial Revocation             ( )  Bond Hearing
( )  Arraignment                    ( )  Held  ( )  Waived     ( )  Bond Revocation
( )  Preliminary Hearing       ( )  Held  ( )  Waived     ( )  Identity Hearing
( )  Detention Hearing         ( )  Held  **( )**  Waived     **(X)**  **Arraignment**
( )  Scheduling Conference   ( )  Held  **( )**  Waived     ( )
( )  Interpreter                      ( )  Sworn                        ( )  Previously sworn
( )  Charges and penalties explained to defendant
( )  Defendant placed under oath
( )  Counsel appointed                 ( )  At defendant's expense
( )  Constitutional rights explained     ( )  Felony    ( )  Misdemeanor
( )  Defendant declined to waive indictment  ( )  Will be presented by next Grand Jury
( )  Signed Waiver of Indictment
( )  Advised of rights under Rule 20x
( )  Signed Consent to Transfer (Rule 20)
( )  Petition to Enter Plea Filed       ( )  Plea Agreement Attached
( )  Transferred to:
**(X)**  **ARRAIGNMENT AND PLEA:**  **(X)**  No. of Counts: **5**
     ( )  Waived Reading of    ( )  Indictment  ( )  Read to Defendant
     ( )  Previous Plea          ( )  Guilty       **(X)**  **Not Guilty Counts: 3, 4, 9, 10, 11**
     ( )  Guilty                ( )  Counts:
( )  Bail denied                ( )  Bail fixed at      ( )  Bail remains at
( )  $                            ( )  Unsecured       ( )  Secured
**(X)**  **Release Order**        ( )  Executed        **(X)**  **Continued in effect**
( )  Deft. remanded to custody   ( )  Pending compliance with conditions of release
( )  Detention Ordered

    **Scheduling:**
- **Meet and Confer on or before May 18, 2016.**
- **Speed Trial Motion Filing Deadline – June 7, 2016**
- **Status Hearing before Judge Robinson; courtroom 427 - June 14, 2016 at 9:00 AM.**