CLERK'S COURTROOM MINUTE SHEET – **CRIMINAL**

UNITED STATES OF AMERICA,
        Plaintiff,
v.

        16-20032-06-JAR-TJJ

DAVID BISHOP (06),
        Defendant

Attorney's:  Erin Tomasic (USA);     Cynthia Dodge (CJA)

| JUDGE: | Teresa J. James | DATE: | 5/10/2016 |
|---|---|---|---|
| CLERK: | Carol Kuhl | TAPE/REPORTER: | 2:00 |
| INTERPRETER: | N/A | PROBATION: | Amanda Hudson |

**Length of Hearing:** __0__ Hr(s) __00__ Min(s) (Min. calculated on Def. 1 Minute Sheet).   Location: Kansas City, KS
**Hearing Concluded:** (x) Yes ( ) No

PROCEEDINGS

( )    Rule 5 Hearing Indictment    ( )    Initial Revocation            ( )    Bond Hearing
( )    Arraignment                  ( )    Held    ( )    Waived         ( )    Bond Revocation
( )    Preliminary Hearing          ( )    Held    ( )    Waived         ( )    Identity Hearing
( )    Detention Hearing            ( )    Held    **( )**    Waived     **(X)**   **Arraignment**
( )    Scheduling Conference        ( )    Held    **( )**    Waived     ( )
( )    Interpreter                  ( )    Sworn                         ( )    Previously sworn
( )    Charges and penalties explained to defendant
( )    Defendant placed under oath
( )    Counsel appointed                       ( )    At defendant's expense
( )    Constitutional rights explained         ( )    Felony      ( )    Misdemeanor
( )    Defendant declined to waive indictment  ( )    Will be presented by next Grand Jury
( )    Signed Waiver of Indictment
( )    Advised of rights under Rule 20x
( )    Signed Consent to Transfer (Rule 20)
( )    Petition to Enter Plea Filed            ( )    Plea Agreement Attached
( )    Transferred to:
**(X)**   **ARRAIGNMENT AND PLEA:**    **(X)**    No. of Counts: **5**
    ( )    Waived Reading of       ( )    Indictment   ( ) Read to Defendant
    ( )    Previous Plea           ( )    Guilty       **(X)**   **Not Guilty Counts: 1, 2, 3, 4, 9**
    ( )    Guilty                  ( )    Counts:
( )    Bail denied              ( )    Bail fixed at              ( )    Bail remains at
( )    $                        ( )    Unsecured                  ( )    Secured
**(X)**   **Release Order**     ( )    Executed                   **(X)**   **Continued in effect**
( )    Deft. remanded to custody    ( )    Pending compliance with conditions of release
( )    Detention Ordered

**Scheduling:**
- **Meet and Confer on or before May 18, 2016.**
- **Speed Trial Motion Filing Deadline – June 7, 2016**
- **Status Hearing before Judge Robinson; courtroom 427  -  June 14, 2016 at 9:00 AM.**