IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA, )
                    Plaintiff, )
                     )
vs. ) Case No. 16-20032-03-JAR
                     )
LORENZO BLACK *et al.*, )
                  Defendants. )

## WAIVER OF APPEARANCE AT DISCOVERY CONFERENCE

I, Anthon Aiono, after consultation with my attorney and being advised of my right to personally appear for the Discovery Conference set for July 21, 2016, hereby waive my appearance at said proceeding.

Executed this 14th day of July, 2016, at Platte City, Missouri.

_____
ANTHON AIONO

Prepared by:

/s/ *Jason P. Hoffman*

_____
Donald R. Hoffman (KS#07332)
Jason P. Hoffman (KS#17637)
HOFFMAN & HOFFMAN
CoreFirst Bank Bldg.– 3rd Floor East
100 E. 9th Street
Topeka, KS 66612
Ph. (785) 233-5887
Fax (785) 233-2173
E-mail jphoffman@sbcglobal.net

CERTIFICATE OF SERVICE

The undersigned does hereby certify that on this 19th day July, 2016, the foregoing document was filed with the Clerk of the Court by using the CM/ECF system, which provides notice of electronic filing to all parties.

/s/ Jason P. Hoffman

Donald R. Hoffman
Jason P. Hoffman
HOFFMAN & HOFFMAN