# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS
**(Kansas City Docket)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Cr. No. 16-20032-01/06-JAR-TJJ |
| ) | |
| LORENZO BLACK, ) | |
| KARL CARTER ) | |
|     a.k.a. "KC," ) | |
| ANTHON AIONON, ) | |
|     a.k.a. "THE SAMOAN," ) | |
| ALICIA TACKETT ) | |
|     a.k.a. "ALICIA STANFIELD," ) | |
|     a.k.a. "ALICIA ROWLETTE," ) | |
| CATHERINE ROWLETTE ) | |
|     a.k.a. "CATHY," ) | |
| DAVID BISHOP ) | |

## MOTION OF DEFENDANT CATHERINE ROWLETTE TO UNSEAL ORDER APPOINTING COORDINATING DISCOVERY ATTORNEY

**COMES NOW**, Defendant Catherine Rowlette, by and through her attorney, Michael Jackson, and respectfully moves the Court to unseal the Order of Appointment for Coordinating Discovery Attorney Shazzie Naseem (Doc. 79) in the above captioned case. Counsel will need to send a copy of the Order to the United States Attorney's Office to ensure that all parties are compliant with this Court's instructions contained in the Order and to provide verification to the United States Attorney's Office that Mr. Naseem has the authority in this case to receive the discovery.

1

Respectfully submitted,

S/ Michael M. Jackson
Michael M Jackson #10642
Attorney At Law
727 S. Kansas, Suite 2
Topeka, KS  66603
Telephone:  785-234-6553
Fax: 785-234-8715
Email jacksonmm@aol.com
Attorney for Defendant

## CERTIFICATE OF SERVICE

    I hereby certify that on August 4, 2016, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the interested parties.   I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/EFC participants: None

    s/ Michael M. Jackson
    Michael M Jackson

2