IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,
    Plaintiff,

v.

                                        Case No. 16-20032-01, 06-JAR

LORENZO BLACK (01),
DAVID BISHOP (06),
    Defendants.

## JOINT MOTION TO JOIN PRETRIAL MOTIONS

Comes now defendant Lorenzo Black, by and through undersigned counsel, and moves the Court for an Order permitting this defendant to adopt and join the Amended Motion for Fed. R. Crim. P. 41(g) Return of Information filed August 7, 2016 (Doc. 85) and any pretrial motions filed by defendants and/or interested parties that may benefit the defendant. Counsel for David Bishop, Ms. Cindy Dodge, has authorized the undersigned to state that her client joins this motion.

                                        Respectfully submitted,

                                        s/John Jenab
                                        John Jenab, KS #18069
                                        JENAB LAW FIRM, P.A.
                                        110 S. Cherry St., Suite 103
                                        Olathe, KS 66061
                                        (913) 390-5023
                                        (913) 764-5539 Fax
                                        john.jenab@gmail.com
                                        Attorney for Defendant
                                        Lorenzo Black

<u>Certificate of Service</u>

  I certify that I filed the foregoing motion on August 8, 2016, using the Court's CM/ECF filing system, which provides electronic notice to all counsel of record.

              <u>s/John Jenab</u>
              John Jenab