### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 16-20032-02-JAR-TJJ |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| KARL CARTER | ) | |
| | ) | |
| Defendant. | ) | |

<u>MOTION TO JOIN PRETRIAL MOTIONS</u>

COMES NOW defendant Karl Carter, by and through undersigned counsel, and moves the Court for an Order permitting this defendant to adopt and join the Amended Motion for Fed. R. Crim. P. 41(g) Return of Information filed August 7, 2016 (Doc. 85) and any pretrial motions filed by defendants and/or interested parties that may benefit the defendant.

                          Respectfully submitted,

                          */s/ David J. Guastello*
                          David J. Guastello, KS #22525
                          4010 Washington St., Suite 501
                          Kansas City, MO 64111
                          (816) 753-7171
                          (816) 753-7227 Fax
                          david@guastellolaw.com

<u>Certificate of Service</u>

    I hereby certify that on August 8, 2016, I electronically filed the foregoing motion using the Court's CM/ECF system which will send a notice of electronic filing to all counsel of record.

<u>*/s/ David J. Guastello*</u>
David J. Guastello
