IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF KANSAS
(Kansas City Docket)

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>    Plaintiff,                              )<br>                                                )<br>VS.                                          )   Case No. 16-20032-01-06-JAR<br>                                                )<br>DAVID BISHOP,                        )<br>    Defendant.                          )<br>                                                ) | |

**MOTION TO PRESERVE OBJECTIONS TO CLIENT ATTORNEY
COMMUNICATIONS BREECH AND ALL OTHER PROSPECTIVE OBJECTIONS
IN COUNSEL'S ABSENCE FROM EVIDENTIARY HEARING**

1. On or about August 5, 2016, counsel learned of a possible attorney/client communication breech had occurred with in-custody client(s) while being held at the Corrections Corporation (CCA) in Leavenworth.

2. Counsel represents David Bishop who is not and has never been in-custody at CCA.

3. Counsel was preparing for and in trial on August 4-5, 2016.

4. Counsel was first made aware of today's emergency hearing on Sunday, August 7, 2016.

5. Counsel has a standing Endodontic appointment on August 9, 2016 at 2:00 P.M. and regretfully will not be able to attend today's hearing at 1:30 P.M.

6. Counsel consulted with Mr. Bishop, who lives in Sedalia Missouri, and has been advised that Mr. Bishop does plan to attend today's hearing.

USA v. David Bishop 16-20032-01-06-JAR

7. Counsel has formally joined in a previously filed motion (doc. 96) and respectfully requests to preserve any legally cognizable continuing objection(s) and defense remedies in her absence.

Respectfully submitted,

/S/ CYNTHIA M. DODGE

Cynthia M. Dodge
233 SW Greenwich Drive, #10
Lee's Summit, MO  64082
Kansas Federal 78371
 (816) 246-9200
FAX (816) 246-9201
cindy@cdodgelaw.com
ATTORNEY FOR DEFENDANT

CERTIFICATE REGARDING SERVICE

I hereby certify that it is my belief and understanding that counsel for plaintiff, and counsel for the co-defendants in this matter are participants in the Court's CM/ECF program and that separate service of the foregoing document is not required beyond the Notification of Electronic Filing to be forwarded on August 9, 2016 upon the filing of the foregoing document.

/s/ Cynthia M. Dodge
_____
CYNTHIA M. DODGE

USA v. David Bishop 16-20032-01-06-JAR