IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | Plaintiff, | ) |
| | | ) |
| vs. | | ) Case No. 16-20032-03-JAR |
| | | ) |
| LORENZO BLACK et al., | | ) |
| | Defendants. | ) |
| | | ) |

## WAIVER OF APPEARANCE AT MOTION HEARING

I, Anthon Aiono, after consultation with my attorney and being advised of my

right to personally appear for the Motion Hearing set for August 9, 2016, hereby waive

my appearance at said proceeding.

Executed this _9th_ day of _August_, 20_16_, at

_Platte City_, _Missouri_.

ANTHON AIONO

Prepared by:

/s/ *Jason P. Hoffman*

Donald R Hoffman (KS#07332)
Jason P. Hoffman (KS#17637)
HOFFMAN & HOFFMAN
CoreFirst Bank Bldg.– 3rd Floor East
100 E. 9th Street
Topeka, KS 66612
Ph. (785) 233-5887
Fax (785) 233-2173
E-mail jphoffman@sbcglobal.net