**CLERK'S COURTROOM MOTIONS/MISCELLANEOUS MINUTE SHEET**

UNITED STATES OF AMERICA            AUSA:  Debra Barnett/Annette Gurney

  v.                                                            CASE NO. 16-20032-JAR

LORENZO BLACK (01)                   Deft Atty:  John Jenab
KARL CARTER (02)                     Deft Atty:  David Guastello
ANTHON AIONO (03)                    Deft Atty:  Jason Hoffman
ALICIA TACKETT (04)                  Deft Atty:  Kathleen Ambrosio
CATHERINE ROWLETTE (05)              Deft Atty:  Michael Jackson
DAVID BISHOP (6)                     Deft Atty:  Cynthia Dodge

PUBLIC DEFENDER                      Melody Brannon/Kirk Redmond

DAVID LOUGEE (interested party)      Jonathan Laurans

| JUDGE: | Julie A. Robinson | DATE: | 8/16/2016 |
|---|---|---|---|
| DEPUTY CLERK: | Bonnie Wiest | REPORTER: | Kelli Stewart |
| INTERPRETER: |  | PRETRIAL/PROBATION: |  |

## MOTION HEARING – SPECIAL SETTING

Case comes on before the Court for a motions hearing.  The Government appears by Debra Barnett and Annette Gurney.  Defendants Black and Carter appear in custody and by their counsel.  Defendant Aiono appears by counsel. Defendants Tackett and Bishop appear in person and by their counsel.  Appearance by Jonathan Laurans on behalf of interested party, David Lougee.  The Federal Public Defender appears by Melody Brannon and Kirk Redmond.

The Court grants the following motions:

- Doc. 89 – Motion to Adopt and Join in Pretrial Motions re (85) Amended Motion filed by Defendant Rowlette
- Doc. 92 – Motion to Join Amended Motion (82) by Richard Dertinger
- Doc. 94 – Motion to Join Amended Motion (82) by David Lougee
- Doc. 96 – Motion to Join Pretrial Motions filed by Defendant Black
- Doc. 97 – Motion to Join Pretrial Motions filed by Defendant Carter
- Doc. 99 – Motion to Preserve Objections filed by Defendant Bishop
- Doc. 108 – Motion for Joinder to Join Pretrial Motions filed by Defendant Tackett
- Doc. 109 – Motion to Join in Pretrial Motions filed by Defendant Aiono

The Court hears further argument on the Federal Public Defender's Memorandum of Law (Doc. 106) and Motion for Court to Impound Additional Government Evidence (Doc. 105)  The Court introduces and admits into evidence  U.S. Marshal Ronald Miller's letter of August 16, 2016 regarding CCA's compliance with the Court's Memorandum and Order filed on August 10, 2016.

Pursuant to the specific findings set forth in full on the record, the Court will issue an order directing CCA to submit to the Court recordings from attorney/client rooms that span the time period from when it responded to the last subpoena until the day that it removed or otherwise blocked the cameras in those rooms.

Further, the Court will appoint a Special Master and will issue an appointment order in early to mid-September.

Court recesses – Defendants remanded to custody.


Court Exhibit 1 – attached

Defendant's Exhibit 449 – attached



**U.S. Department of Justice**

United States Marshals Service

*District of Kansas*

---

*Kansas City, Kansas 66101*

August 16, 2016

The Honorable Julie Robinson
United States District Court
District of Kansas
500 State Avenue
Kansas City, Kansas 66101

    RE: Court Order: Black et al Case No. 16-20032-JAR

Dear Judge Robinson:

    On August 10, 2016, the Court issued an Order related to the recording of phone calls and the video recording of face-to-face communications between detainees and their attorneys in detention facilities in Kansas and Missouri that house federal detainees. The Order directed that all detention facilities in Kansas and Missouri, as well as Corrections Corporation of America ("CCA"), which houses detainees charged in this District, immediately cease and desist all: (1) audio-visual recording of attorney-client communications in the detention facility; (2) audio recording of attorney-client phone calls; and (3) audio-visual recording of attorney-client videoconference calls. The Court further ordered the detention facilities described above to submit written confirmation to the United States Marshal ("USM") for the District of Kansas that the facilities are not recording any type of attorney-client communications. The USM for the District of Kansas was ordered to provide the Order to the USM for the Western District of Missouri, as it is likely that detainees from that district will be impacted as well.

    Corrections Corporation of America reviewed the Court Order and implemented the following plan of action at the Leavenworth Detention Center to ensure compliance with the Court's Order. CCA also confirmed that it has not been recording attorney-client video teleconference activity, audio activity in the attorney-client conference rooms, nor recording inmate attorney phone calls that inmates have identified as attorney calls.

    CCA Plan of Action:

- All cameras in attorney-client conference rooms at the Leavenworth Detention Center have been removed.
- CCA will continue to allow unmonitored attorney-client phone calls upon inmate request. The process for unmonitored calls will continue to be reviewed with inmates during intake, and CCA will place signage in all inmate housing areas by August 18, 2016 reminding inmates that they must notify CCA when they are placing phone calls to their attorneys.
- CCA will not record attorney-client video conferences at the Leavenworth Detention Center by audio or video means. The video conferencing system at the facility is owned and managed by the United States District Court for the Western District of Missouri.
- CCA verifies that it will not record attorney-client communications at the Leavenworth Detention Center by audio or video means.
- CCA is not aware of detainees under the jurisdiction of the United States District Court for the District of Kansas being housed at any CCA facility other than Leavenworth Detention Center.

COURT EXHIBIT 1

Judge Robinson
August 16, 2016
Page 2

All of the other Detention Centers in Kansas used by the U.S. Marshals Service to house federal detainees have been contacted and either:
- were already in compliance or have amended practices to ensure compliance, or
- could not comply with the Court Order and the federal detainees in the custody of the U.S. Marshals Service were moved to other facilities in the District of Kansas that were in compliance with the Court Order.
- No other detainees under the jurisdiction of the United States District Court for the District of Kansas are being housed at any CCA facility other than the Leavenworth Detention Center.
- All Kansas county detention facilities have submitted in writing compliance verification.

The USM for the Western District of Missouri was given verbal notice of the Court's Order and a copy of the Order was sent to them electronically. They confirmed that they received the Order.

We believe we have complied with the directives of the Order and offer this Memorandum for review by the Court.

Sincerely,

Ronald L. Miller
United States Marshal
District of Kansas

cc: Mr. Alfred Lomas, United States Marshal
Western District of Missouri

Ms. Kelly McDonald, Office of General Counsel
United States Marshals Service

Mr. Scott Stermer, Chief, Office of Detention Services
Prisoner Operations Division
United States Marshals Service

Atchison County (KS) Sheriff's Office
Butler County (KS) Sheriff's Office
Harvey County (KS) Sheriff's Office
Jackson County (KS) Sheriff's Office
Leavenworth County (KS) Sheriff's Office
Sedgwick County (KS) Sheriff's Office
Shawnee County (KS) Detention Center
Wyandotte County (KS) Sheriff's Office

Ms. Natasha Metcalf, Vice President
Partnership Development
Corrections Corporation of America

File

DEFENDANT'S EXHIBIT 447 PENGAD-Bayonne, N.J.

| Client | Attorney | Case No. | Date | Disc file location | # of recorded calls |
|---|---|---|---|---|---|
| Dertinger, Richard | Rokusek, Jackie | 2:14-20067-CM | 3/2/2016 | Round 2 A | 1 |
| Webb, Virok | Rokusek, Jackie | 5:11-40078-JAR | 8/31/11 to 9/24/14 | Round 2 A disk 2 | 11 |
| Steele, Lamar | Joseph, Chris | 5:14-40071-DDC | 10/24/14 to 1/21/15 | Round 2 A disks 1 and 2 | 43 |
| Wallace, Andre | Thomason, Mark | 5:16-40008-DDC | 5/20/2016 | Round 2 A | 1 |
| Roark, Jeffrey | Thomason, Mark | 2:15-20042-CM | 12/14/15 to 1/8/16 | Round 2 A disk 2 | 4 |
| Spaeth, Matthew | Edmonds, Robb & Kips, Bruce | 2:14-20068-JAR | 8/12/15 to 5/3/16 | Round 2 A disk 1 | 7 |
| Crawford, Earnest | Scherff, Dionne | 2:15-20042-CM 2:15-20055-JAR | 3/18/2016 | Round 2 A disk 2 | 1 |
| Carter, Karl | Johnston, John | | 8/10/15 to 3/17/16 | | 5 |
| Hurtado, Nicholas | Babbit, Kevin | 2:15-20032-CM | 4/25/2016 | Round 2 A | 1 |
| | | | | | 74 |