# CROW & ASSOCIATES
## ATTORNEYS AT LAW

---

*302 SHAWNEE STREET • POST OFFICE BOX 707*
*LEAVENWORTH, KANSAS 66048*
*(913) 682-0166*
*(913) 682-2130 FACSIMILE*

MICHAEL P. CROW*
MARTI BURNETT CROW, OF COUNSEL

PETER C. ROBERTSON
AMY C. COPPOLA
ALYSSA C. BROCKERT
LAUREN BRISTOW WILLIAMS*

* LICENSED IN KANSAS AND MISSOURI

August 23, 2016

Hon. Julie A. Robinson
U.S. District Court – District of Kansas
500 State Avenue, Suite 511
Kansas City, Kansas 66101

> **Re:    *Our Client:  Corrections Corporation of America***
> ***Order to Produce Video Recordings***
> ***Case No.  2:16-CR-20032-JAR***

Your Honor,

It is our privilege to assist Corrections Corporation of America – Leavenworth Detention Center (CCA) in the above-referenced matter; specifically, we intend to file an Entry of Appearance later today, which will allow us to provide a point of contact for both the Court and the parties as to any further requests for information or other issues pertaining to CCA's response to past, present, and future subpoenas in this case.

The Court's Orders dated August 18, 2016 (Doc. 114) and August 19, 2016 (Doc. 117) require CCA to provide written confirmation that the original video recordings of the attorney conference rooms dated May 1, 2016 to August 16, 2016 have been delivered to the United States Marshal Service. Further, CCA is also required to verify whether these videos have been disseminated to, or viewed by, any other person or entity. We would respectfully request that this Court consider this letter CCA's proper certification and confirmation of the requested information in compliance with the Order. Our client's response is further outlined as follows:

1. **Video from May 1, 2016 to May 17, 2016.** CCA previously surrendered video recordings from all cameras at the Leavenworth Detention Center on May 17, 2016. This would include video recordings from April 14, 2016 to May 17, 2016. The recordings were delivered to the United States Marshal Service (USMS) on the original DVR; therefore, CCA does not have a copy of that video. CCA is not aware of whether and by whom video footage from the April 14 - May 17, 2016 time frame was disseminated or viewed after it surrendered all of its video footage to the USMS.

2. **Video from May 17, 2016 to August 16, 2016**.  On August 23, 2016, In accordance with the Court's Orders, CCA surrendered to the USMS its only copy of video taken in attorney visitation rooms at the Leavenworth Detention Center from May 17, 2016 to August 16, 2016, at which time the cameras had been removed from the rooms.  The DVR was picked up at the Leavenworth Detention Center by Craig Beam, Chief Deputy of the USMS.  The video on this DVR has not been disseminated to, or viewed by, any person or entity, except as follows:

    a. On the morning of May 31, 2016, a weapon was discovered in Attorney Room #1.  Video footage of the sallyport (hallway) outside of the attorney room was reviewed in an attempt to determine who brought the weapon into the room.

    b. On July 28, 2016, routine video monitoring was being conducted when an inmate was observed in Attorney Room #6 typing on a computer in the presence of his attorney. The observing officer subsequently notified the front lobby officer to notify the attorney the inmate was not authorized to use the computer.

These are the only instances CCA is aware of at this time.  If CCA becomes aware that any other dissemination or viewing occurred, we will immediately notify the Court.

Please be advised that the recordings in this case were originally surrendered in response to a grand jury subpoena issued by the United States Attorney's Office on April 12, 2016, requesting that CCA provide "[a]ll video footage or still images currently retained by the Corrections Corporation of America (CCA) depicting any internal or external surveillance video or still image taken between July 2014 and April 12, 2016 at the CCA facility in Leavenworth, Kansas."

We look forward to working with the Court and the parties to resolve any further issues which may arise; with that in mind, if you have any questions or concerns, please do not hesitate to contact our office.

Respectfully:

*Crow & Associates*

Alyssa Brockert

Cc:  Craig Beam (via e-mail)