**CLERK'S COURTROOM MOTIONS/MISCELLANEOUS MINUTE SHEET**

UNITED STATES OF AMERICA

   v.                                                        CASE NO. 16-20032-JAR

| Defendant | Deft Atty |
|---|---|
| LORENZO BLACK (01) | John Jenab |
| KARL CARTER (02) | David Guastello |
| ANTHON AIONO (03) | Jason Hoffman |
| ALICIA TACKETT (04) | Kathleen Ambrosio |
| CATHERINE ROWLETTE (05) | Michael Jackson |
| DAVID BISHOP (06) | Cynthia Dodge |

| | | | |
|---|---|---|---|
| JUDGE: | Julie A. Robinson | DATE: | 9/7/2016 |
| DEPUTY CLERK: | Bonnie Wiest | REPORTER: | Kelli Stewart |
| INTERPRETER: | | PRETRIAL/PROBATION: | |

## EX PARTE CASE BUDGETING CONFERENCE

Case comes on before the Court for an Ex Parte Case Budgeting Conference. Defendants Black and Carter appear in custody and by their counsel. Defendants Aiono and Tackett waive appearance and appear by their counsel. Defendants Rowlette and Bishop appear in person and by their counsel. Coordinating Discovery Attorney Shazzie Naseem appears in person. Special Master David R. Cohen appears by phone.

Mr. Naseem provides the Court with a status on discovery and discusses the platforms available for counsel to use when reviewing discovery. Mr. Cohen and Mr. Naseem will coordinate a date and time to discuss these matters prior to the hearing set on 10/28/2016.