# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA,          Plaintiff, | )<br>)<br>) |
| v. | ) CASE NO: 16-cr-20032-JAR<br>) |
| LORENZO BLACK,     *et al.,*          Defendant. | )<br>)<br>) |

## ENTRY OF APPEARANCE

COMES NOW, Erin C. Thompson of Foland, Wickens, Eisfelder, Roper & Hofer, P.C., and hereby enters her appearance as co-counsel in the above captioned case on behalf of interested party, Richard Dertinger.

Respectfully submitted,

FOLAND, WICKENS, EISFELDER,
ROPER & HOFER, P.C.

/s/ Erin C. Thompson
Erin C. Thompson**,** #22117
1200 Main Street
Suite 2200
Kansas City, Missouri 64105
816-423-5300 (Tel)
816-472-6262 (Fax)
Email:  ethompson@fwpclaw.com

ATTORNEYS FOR INTERESTED PARTY
DERTINGER

## **CERTIFICATE OF SERVICE**

I do hereby certify that on the 17th day of October, 2016, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing and a copy of the filing to all counsel of record.

                                                      /s/Erin C. Thompson
                                                      Erin C. Thompson