CLERK'S COURTROOM MINUTE SHEET – **CRIMINAL**

UNITED STATES OF AMERICA,

          Plaintiff,

v.                                                       16-20032-01-JAR

LORENZO BLACK,

          Defendant

Attorney for Plaintiff: Chris Oakley    Attorney for Defendant:  John Jenab

| JUDGE: | Teresa J. James | DATE: | 10/26/2016 |
|---|---|---|---|
| CLERK: | Carol Kuhl | TAPE/REPORTER: | 3:15 -TJJ |
| INTERPRETER: | n/a | PROBATION: | Amanda Hudson |

Length of Hearing:   0   Hr(s) 12  Min(s)        Location:  Kansas City, Kansas
Hearing Concluded:      (x) Yes   ( ) No

PROCEEDINGS

- **Motion Hearing – Doc. 153**

| 0/25/2016 | view153 | UNOPPOSED MOTION for Release from Custody by Lorenzo Black. (Jenab, John) Modified on 10/25/2016 - The event selected for this document was Motion for Bond. The event type has been modified/recategorized as a Motion for Release from Custody. (Entered: 10/25/2016) |
|---|---|---|

- Discussions ensued regarding Motion for Release.
- The Court grants Motion for release from Custody.

(X)    Release Order                (X)    Executed                ( )    Continued in effect
( )    Deft. remanded to custody    ( )    Pending compliance with conditions of release
( )    Detention Ordered