## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.   16-20032-01-JAR |
| | ) | |
| LORENZO BLACK, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

In accordance with the court's directive during the hearing today, October  26, 2016, the court hereby grants defendant Lorenzo Black's Motion for Pretrial Release, (Doc. 153).

The defendant shall be released from the custody of the U.S. Marshal, subject to the Order Setting Conditions of Release also entered today.

Dated October 26, 2016, at Kansas City, Kansas.

_Teresa James_
_____
Teresa J. James
U.S. Magistrate Judge