AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

_____District of Kansas_____

### APPEARANCE

UNITED STATES OF AMERICA,
               Plaintiff,

     vs.                                             CASE NUMBER: 2:16-cr-20032-JAR

LORENZO BLACK, et al.,
               Defendants.

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

        FEDERAL PUBLIC DEFENDER, Movant.

    I certify that I am admitted to practice in this court.

February 15, 2017                  s/ Rich Federico               IN 23818-89
                                               Name                                  Bar Number

                                             Staff Attorney

                                             117 SW 6th Avenue, Suite 200
                                             Address

                                             Topeka, Kansas                66603-3840
                                             City        State                                    Zip Code

                                             785/232-9828                 785/232-9886
                                             Phone Number                              Fax Number

                                             E-mail address: rich_federico@fd.org