IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**UNITED STATES OF AMERICA,**
*Plaintiff,*
**v.**                                                Case No. **16-20032-JAR**

**LORENZO BLACK,** *et al.*,
*Defendants.*

## MOTION TO EXPAND THE SPECIAL MASTER'S INVESTIGATION

During a hearing on September 7, 2016, the Court described an incident that occurred on August 25, 2016: that Special Assistant United States Attorney Erin Tomasic, along with a Deputy United States Marshal, accessed the Court's chambers after hours and without the Court's permission.[1] The Court went on to detail a meeting it held with U.S. Attorney Tom Beall and the U.S. Marshal in response to this unauthorized access.[2] This Court later impounded the video depicting the August 25 incident from the courthouse security system.[3]

The Special Master delivered a report on March 16, 2017, recommending that the Court expand his investigation to include "the

---

[1] Hrng. Tr. 152:05-163:25 (Sep. 7, 2016).
[2] *Id.* at 159:23-24.
[3] Doc. 141.

1

circumstances surrounding the after-hours entry into the Court's chambers" by SAUSA Tomasic.[4] The Court issued an order on May 17 that did expand the investigation into a number of other areas, but did not explicitly rule on the Special Master's request relating to this incident.[5]

On May 16, 2017, Criminal Supervisor Scott Rask notified the Court in *United States v. Dertinger*[6] that Tomasic was no longer employed with the United States Attorney's Office, District of Kansas.

On May 23, 2017, Ms. Tomasic sent a letter via her personal email address to the Court, with a copy to counsel of record in this case.[7] In her letter, Ms. Tomasic addressed, among other things, the circumstances surrounding her after-hours access to the Court's chambers. Ms. Tomasic's account raises serious factual disputes with information previously provided to the Court.[8] These new disputes bear not only the circumstances of the after-hours access to judicial chambers, but the veracity of key players in this litigation.

---

[4] Doc. 214 at 28.
[5] Doc. 253.
[6] 14-cr-20067-06-JAR.
[7] Attached as Sealed Exhibit 1.
[8] *Id.* at 2.

Before filing this motion, the Federal Public Defender (FPD) asked the United States for its position. The United States responded it:

> believe[s] that this event was already addressed by the Court on the record and in additional conversations with our office and, therefore, there are insufficient grounds to warrant an additional investigation; however, we do not oppose additional inquiry by the Court and the Special Master if the Court has additional questions for us.

WHEREFORE, the FPD joins the Special Master's recommendation that the Court authorize further inquiry into "the circumstances surrounding the after-hours entry into the Court's chambers" by Ms. Tomasic, and now the possible participation by other members of the USAO.[9]

                        Respectfully submitted,

                        s/ Melody Brannon
                        MELODY BRANNON #17612
                        Federal Public Defender
                        for the District of Kansas
                        117 SW 6th Avenue, Suite 200
                        Topeka, Kansas 66603-3840
                        Phone: 785-232-9828
                        Fax: 785-232-9886
                        Melody_Brannon@fd.org

---

[9] *Id.*

s/ Kirk C. Redmond
KIRK C. REDMOND #18914
First Assistant Federal Public Defender
for the District of Kansas
117 SW 6th Avenue, Suite 200
Topeka, Kansas 66603-3840
Phone: 785-232-9828
Fax: 785-232-9886
Kirk_Redmond@fd.org


s/ Branden A. Bell
BRANDEN A. BELL #22618
Assistant Federal Public Defender
for the District of Kansas
117 SW 6th Avenue, Suite 200
Topeka, Kansas 66603-3840
Phone: 785-232-9828
Fax: 785-232-9886
Branden_Bell@fd.org


s/ Rich Federico
RICH FEDERICO, #22111
Staff Attorney
for the District of Kanas
117 SW 6th Avenue, Suite 200
Topeka, Kansas 66603-3840
Phone: 785-232-9828
Fax: 785-232-9886
Rich_Federico@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2017, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

David R. Cohen
David R. Cohen Co., LPA
Special Master
david@specialmaster.law

Donald Christopher Oakley
Assistant United States Attorney
Office of the United States Attorney – Kansas City
chris.oakley@usdoj.gov

Debra L. Barnett
Criminal Chief
Assistant United States Attorney
Office of the United States Attorney – Wichita
debra.barnett@usdoj.gov

Duston J. Slinkard
Assistant United States Attorney
Office of the United States Attorney- Topeka
duston.slinkard@usdoj.gov

John Jenab
Jenab Law Firm, PA
john.jenab@gmail.com

David J. Guastello
The Guastello Law Firm, LLC
david@guastellolaw.com

Jason P. Hoffman
Hoffman & Hoffman
jphoffman@sbcglobal.net

Kathleen A. Ambrosio
Ambrosio & Ambrosio Chtd.
kaambrosio@yahoo.com

Michael M. Jackson
jacksonmm@aol.com

Cynthia M. Dodge
Cynthia M. Dodge, LLC
cindy@cdodgelaw.com

Shazzie Naseem
Berkowitz Oliver LLP - KCMO
snaseem@berkowitzoliver.com

Erin C. Thompson
Foland, Wickens, Eisfelder, Roper, Hofer, PC
ethompson@fwpclaw.com

Jonathan L. Laurans
jlaurans@msn.com

Melanie S. Morgan
Morgan Pilate LLC
mmorgan@morganpilate.com

                                            s/ Melody Brannon
                                            Melody Brannon