**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO: 16-cr-20032-JAR |
| | ) |
| LORENZO BLACK, *et al.,* | ) |
| Defendant. | ) |

---

**NOTICE OF CHANGE OF ADDRESS**

Attorney Erin Thompson files this Notice of Change of Address in the above captioned

case. All future pleadings, memoranda, correspondence, orders, etc., shall be sent to:

Law Firm:    Morgan Pilate

Address:    926 Cherry St.
            Kansas City, MO 64106

E-mail:    ethompson@morganpilate.com

Respectfully submitted,

__ s/ Erin Thompson _____
Erin Thompson (#22117)
**MORGAN PILATE**
926 Cherry St.
Kansas City, MO 64106
Telephone:    (816) 471-6694
Fax:            (816) 472-3516
E-mail:        ethompson@morganpilate.com

1

## <u>CERTIFICATE OF SERVICE</u>

I do hereby certify that on the 2nd day of June, 2017, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing and a copy of the filing to all counsel of record.

<u>/s/Erin C. Thompson</u>
Erin C. Thompson
