IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS
KANSAS CITY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
|     Plaintiff ) | |
| ) | Case Number 17-0121-CV-W-GAF |
| v. ) | |
| ) | |
| ) | |
| LORENZO BLACK, et al ) | |
|     Defendants ) | |

### *INTERESTED PARTY JERRY SCOTT'S MOTION THAT THE COURT DIRECT THE SPECIAL MASTER TO PROVIDE TO SCOTT CERTAIN INFORMATION IN HIS POSSESSION, WITH SUGGESTIONS*

    Comes now Interested Party Jerry Scott, by attorney, and does hereby move that this Honorable Court direct that Special Master, David R. Cohen, provide to undersigned counsel for Mr. Scott certain information in Mr. Cohen's possession and control. The grounds underlying this motion, with suggestions in support thereof, will be set forth in the subsequent numbered subparagraphs.

    1. From early in 2012 until the middle of 2015, Jerry Scott was a detainee at the CCA-Leavenworth Detention Center[1] (hereinafter referred to as CCA) while awaiting trial and sentencing in connection with charges filed in the United States District Court for the Western District of Missouri under case number 12-115-CR-W-GAF.  During that time, Mr. Scott was represented by the Federal Public

---

[1] This facility is now referred to as Core Civic Leavenworth Detention Center.

1

Defender's Office for the Western District of Missouri (WDMO Case # 12-115, Doc. 6).

2. Mr. Scott is also the Petitioner in an action under 28 U.S.C. 2255 brought in the United States District Court for the Western District of Missouri under case number 17-121-CV-W-GAF.  Undersigned counsel has been appointed to represent Mr. Scott in connection with that matter (WDMO Case # 17-121, Doc. 26).  In that case, Mr. Scott has specifically represented that, while he was awaiting trial, and detained at CCA, he (Scott) made telephone calls to the Federal Public Defender's Office for the Western District of Missouri, and during those conversations he discussed trial strategy matters related to his criminal case (WDMO Case # 17-121, Doc. 33, Appendix A).  The main telephone number for the Federal Public Defender for the Western District of Missouri is 816-471-8282.

3. In the above captioned criminal case, this Court is in the midst of a factfinding process regarding the government's obtaining, and possibly putting to use, the recordings of inmate telephone calls, such recordings having been made by CCA.  ***United States v. Black***, 2017 WL 2151861, *1-*2 (D.Ks. 2017).  To facilitate this factfinding, this Court has appointed a Special Master, David R. Cohen (Doc. 146).

4. Based upon the fruits from hearings held as well as the investigative efforts of the Special Master, this Court has already determined that the

2

government, in connection with one Grand Jury investigation, sought and obtained from CCA tens of thousands of recordings of inmate telephone calls dating back as long ago as 2011, and that said trove of recordings included inmate calls to attorneys. *United States v. Black*, *5, *11. In addition to having possession of all of the inmate call recordings, the Special Master has additionally sought and obtained from CCA comprehensive information about all of those persons and entities who have made such requests for production of inmate telephone call recordings (Doc. 186, p. 2-3).

5. Both this Court and the Special Master have made references to certain defense attorney subjects of these tens of thousands of audio recordings (Doc. 183, 187). *United States v. Black*, *10. However, there has been no comprehensive report regarding which attorneys were recorded and which attorneys were not.

6. A Sixth Amendment violation occurs when the government takes affirmative steps to come into possession of attorney-client communications, and when the substance of the obtained communications, such as discussion of trial strategy, could arguably assist the government in its prosecution efforts. *Weatherford v. Bursey*, 429 U.S. 545, 554 (1977); *Schillinger v. Haworth*, 70 F.3d 1132 (10th Cir. 1995); *United States v. Danielson*, 325 F.3d 1054 (9th Cir. 2003). And, there is no protection necessarily afforded the government by the fact that the United States Attorney from a different District actually committed the

acts to obtain the attorney-client call recordings, since as to all litigation to which the United States is a party, the Department of Justice operates as a unitary whole, with the Attorney General having plenary authority over all Marshals and United States Attorneys, who are considered inferior officers to the Attorney General. 28 U.S.C. 519; *United States v. Hilario*, 218 F.3d 19, 24-26 (1st Cir. 2000); *United States v. DiGirlomo*, 393 F.Supp. 997, 1005-1006 (W.D.Mo. 1975).

      7. The Special Master is therefore in possession of information critically important to the matters at issue in Mr. Scott's case, particularly

- whether calls to the Federal Public Defender for the Western District of Missouri were among the recordings produced to the government, and now in the possession of the Special Master,
- if there are any such recordings of calls to the Federal Public Defender for the Western District of Missouri, whether Mr. Scott is the caller involved in any such recordings, and
- whether the United States Attorney's Office for the Western District of Missouri is one of the entities who made request to CCA for inmate telephone call recordings.

Consequently, it is appropriate that this Court permit undersigned counsel to have access to the aforementioned information. Particularly, undersigned counsel asks that this Court direct the Special Master to report to this Court and to undersigned

counsel whether there exist any recordings of telephone calls to telephone number 816-471-8282, and if so whether the Special Master has listened to such recordings to determine the identities of the client and the member of the Public Defender's staff involved in the conversation.  If there are any such recordings which have been identified by the Special Master to include Mr. Scott, undersigned counsel asks that this Court direct the Special Master to provide copies of those recordings to undersigned counsel.  Undersigned counsel also asks that this Court direct the Special Master to provide to undersigned counsel information about whether and when the United States Attorney's Office for the Western District of Missouri made requests to CCA for telephone call recordings.

    WHEREFORE, Mr. Scott prays that this Honorable Court order that Special Master, David R. Cohen, provide to undersigned counsel for Mr. Scott certain information in Mr. Cohen's possession and control, and as specifically described above..

Respectfully submitted

/s/Frederick A. Duchardt, Jr.
FREDERICK A. DUCHARDT, JR.
KSD Bar Enrollment Number 77878
P.O. Box 216
Trimble MO 64492
Phone: 816-213-0782
Fax:   816-635-5155
ATTORNEY FOR MR. SCOTT

### Certificate of Service

I hereby certify that a copy of the foregoing Motion was served upon the following

Annette B. Gurney
Office of United States Attorney - Wichita
301 North Main Street, Suite #1200
Wichita, KS 67202-4812
316-269-6481
Fax: 316-269-6484
Email: annette.gurney@usdoj.gov

David R. Cohen
David R. Cohen Co., LPA
24400 Chagrin Blvd., Suite 300
Cleveland, OH 44122
216-831-0001
Fax: 866-357-3535
Email: david@specialmaster.biz

John Jenab
Jenab Law Firm, P.A.
7431 Broadway, # 9
Kansas City, MO 64114
816-759-8686
Fax: 816-759-8685
Email: john.jenab@gmail.com

David J. Guastello
The Guastello Law Firm, LLC
811 Grand Blvd., Suite 101
Kansas City, MO 64106
816-753-7171
Email: david@guastellolaw.com

Jason P. Hoffman
Hoffman & Hoffman
CoreFirst Bank & Trust Bldg.
100 E. 9th St. Third Floor East
Topeka, KS 66612
785-233-5887
Fax: 785-233-2173
Email: jphoffman@sbcglobal.net

Cynthia M. Dodge
Cynthia M. Dodge, LLC
233 SW Greenwich Drive, #10
Lee's Summit, MO 64082
816-246-9200
Fax: 816-246-9201
Email: cindy@cdodgelaw.com

Branden A. Bell
Office of Federal Public Defender - Topeka
117 SW 6th Avenue, Suite 200
Topeka, KS 66603
785-232-9828
Fax: 785-232-9886
Email: branden_bell@fd.org

Erin C. Thompson
Morgan Pilate LLC
926 Cherry Street
Kansas City, MO 64106
816-471-6694
Email: ethompson@morganpilate.com

Jonathan L. Laurans
The 1609 Law Building
1609 West 92nd Street
Kansas City, MO 64114
816-421-5200
Email: jlaurans@msn.com

/s/Frederick A. Duchardt, Jr.
FREDERICK A. DUCHARDT, JR.