# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

**UNITED STATES OF AMERICA,**

 **Plaintiff,**

 v.          Case No. 16-20032-JAR

**LORENZO BLACK,**
**KARL CARTER,**
**ANTHON AIONO,**
**ALICIA TACKETT, and**
**CATHERINE ROWLETTE**

 **Defendants.**

## ORDER

Pursuant to the Court's October 11, 2016 Appointment Order[1] of David R. Cohen as Special Master, the United States is ordered to pay the attached Summary Bill for Billing Period September, 2017, in the total amount of $13,276.30, which this Court has approved after *in camera* reviewing a detailed an itemized billing. The Clerk of the Court is directed to make the check payable to David R. Cohen, within 20 days.

 **IT IS SO ORDERED.**

 Dated: October 6, 2017

                S/ Julie A. Robinson
                JULIE A. ROBINSON
                UNITED STATES DISTRICT JUDGE

---

[1] Doc. 146



24400 Chagrin Blvd., Suite 300
Cleveland, Ohio 44122
Telephone: 216.831.0001
Facsimile: 866.357.3535
David@SpecialMaster.law

**Summary Billing Statement /** ▓▓▓▓▓ **Order**
**Billing Period: September, 2017**

United States of America v. Lorenzo Black
US District Court
District of Kansas
16-CR-20032

| Item | Government total |
|---|---:|
| New Fees (DRC 12.0 hours @ $500.00/hr.) | $6,000.00 |
| New Expenses *DRC* | $792.60 |
| New Expenses *American Discovery* | $613.77 |
| **Total New Charges** | **$7,406.37** |
| Prior Balance | $5,869.93 |
| Payments – Thank You! | $0.00 |
| **Total Now Due** | **$13,276.30** |

       s/Julie A. Robinson
_____
Judge Julie A. Robinson