**Print** | **Close Window**

| | |
|---|---|
| Subject: | **RE: RFIs** |
| From: | **"TODD WALLACE (LEG)" <todd.wallace@usss.dhs.gov>** |
| Date: | **Fri, Aug 11, 2017 9:30 am** |
| To: | **"'David R. Cohen'" <David@SpecialMaster.Law>** |
| Cc: | **"JOHN SEUBERT (KCM)" <john.seubert@usss.dhs.gov>** |

Morning David,

I receive the information back from our IT folks and there were more than 20,000 items captured. I am going through them now and seeing how to best filter the items again to ensure only relevant information is provided to you. We will provide the information piecemeal to you as you requested and hope to be getting that to you shortly.

Thank you,
Todd

**From:** David R. Cohen [mailto:David@SpecialMaster.Law]
**Sent:** Friday, August 04, 2017 11:38 AM
**To:** TODD WALLACE (LEG) <todd.wallace@usss.dhs.gov>
**Subject:** RFIs

Hi Todd, please see attached.
-David

============================
This email sent from:
David R. Cohen Co. LPA
24400 Chagrin Blvd., Suite 300
Cleveland, OH 44122
216-831-0001 tel
866-357-3535 fax
**www.SpecialMaster.law**

All e-mail to/from this account is subject to official review and is for official use only. Action may be taken in response to any inappropriate use of the Secret Service's e-mail system. This e-mail may contain information that is privileged, law enforcement sensitive, or subject to other disclosure limitations. Such information is loaned to you and should not be further disseminated without the permission of the Secret Service. If you have received this e-mail in error, do not keep, use, disclose, or copy it; notify the sender immediately and delete it.

Copyright © 2003-2017. All rights reserved.