IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**UNITED STATES OF AMERICA,**
    *Plaintiff,*
    **v.**                                 Case No. **16-cr-20032-JAR**

**LORENZO BLACK, *et al.*,**
    *Defendants.*

## MOTION TO SET DEADLINES

The Court has set a hearing for January 18 and 19, 2018. As of now, two primary defense motions are pending: a request for the government to show cause why it should not be held in contempt[1] and a motion proposing findings of fact and conclusions of law.[2] A number of witnesses and documents have been subpoenaed by the defense.[3] And the Special Master has ordered the government to produce documents to the Court by January 2, 2018, with the opportunity for the parties to review those documents.[4]

The defense asks the Court to set a pre-hearing deadline for the parties to file witness and exhibit lists and for the parties to exchange copies of

---

[1] D.E. 301.
[2] D.E. 230.
[3] D.E. 318, 319, 320, 324, 325, 327, 329, 330.
[4] D.E. 317.

1

proposed exhibits. This preparation should allow for a more efficient and economical hearing.

The defense asks the Court to set January 12, 2018, as a deadline for these filings and exchange of exhibits.

The government has not yet responded with its position on this request.

## Conclusion

WHEREFORE, the defense asks the Court to set the requested deadlines.

Respectfully submitted,

s/ Melody Brannon
MELODY BRANNON, #17612
Federal Public Defender
117 SW 6th Avenue, Suite 200
Topeka, Kansas 66603
Telephone: (785)-232-9828,
Fax: (785)232-9886
E-mail: melody_brannon@fd.org

## CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing with the Clerk of the Court on December 18, 2017 by using the CM/ECF system.

s/ Melody Brannon
Melody Brannon