IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**UNITED STATES OF AMERICA,**
    *Plaintiff,*

**v.**            Case No. **2:16-cr-20032-JAR**

**LORENZO BLACK, et al.,**
    *Defendants.*

## MOTION FOR WITNESS PRODUCTION
## PURSUANT TO FED. R. CRIM. PROC. 17(b)

The Federal Public Defender, joined by Karl Carter and David Bishop, ask the Court for authority to subpoena the following witnesses:[1]

1. Jeff Stokes
   Agent, Kansas Bureau of Investigation
   1620 SW Tyler St.
   Topeka, KS 66612

Place and time of appearance:

On January 18, 2018 at 9:00 a.m., in Courtroom No. 427 of the Kansas City, Kansas Courthouse.

### Basis for Subpoenas

We expect Agent Stokes to testify about his communications with AUSA Flannigan, AUSA Tomasic and others about obtaining and reviewing attorney-client videos from CCA and about obtaining and listening to

---

[1] Federal Rules of Criminal Procedure Rule 17(b).

1

recorded phone calls from pretrial detainees at CCA. He will testify about who had access to the video and audio recordings and whether and how those recordings were distributed to other agencies outside of the USAO. He will testify about whether his testimony at the hearing in *United States v. Dertinger* was complete and accurate. He will testify about the videos stored on his laptop, and communication with the USAO about whether to review, preserve, or turn his laptop over to the Special Master for inspection.

The Federal Public Defender Office operates under the Criminal Justice Act, providing representation to defendants that have been determined indigent and financially unable to pay the fees and expenses for the procurement and production of said witnesses. The witness requested in this Rule 17(b) motion is necessary to litigate the motions pending before this Court.

## Conclusion

WHEREFORE, counsel asks the Court for an order directing that a subpoena be issued to KBI Agent Jeff Stokes; the United States Marshal for the District of Kansas (or a duly appointed deputy) to serve the subpoena or arrange for service, at the defense request; and to waive any ten-day requirement to serve this subpoena. The U.S. Marshal is authorized to disburse the necessary funds to pay the costs and fees incurred for the

procurement and production of said witness at the Motion Hearing on

January 18, 2018, at 9:00 a.m.

>Respectfully submitted,
>
>s/ Melody Brannon_____
>MELODY BRANNON, #17612
>Federal Public Defender
>117 SW 6th Avenue, Suite 200
>Topeka, Kansas  66603
>Telephone: (785)-232-9828,
>Fax: (785)232-9886
>E-mail: melody_brannon@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2018, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to all interested parties in the case.

>s/ Melody Brannon_____
>Melody Brannon

3