# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT
# OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

| | | |
|---|---|---|
| Elisabeth A. Shumaker<br>Clerk of Court | January 16, 2018 | Chris Wolpert<br>Chief Deputy Clerk |

Mr. William A. Glaser
U.S. Department of Justice
Appellate Section, Criminal Division
950 Pennsylvania Avenue, NW
1264
Washington, DC 20530

**RE:**     **18-3007, In re: United States**
         Dist/Ag docket: 2:16-CR-20032-JAR-1

Dear Counsel:

Your petition for extraordinary writ of mandamus was docketed today. Please note the case number above. You will be notified as soon as the court takes action on this matter.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk of the Court

cc:     Melody Brannon
         David R. Cohen
         Frederick A. Duchardt Jr.
         John Jenab
         Jonathan Laurans
         Melanie Susan Morgan
         Shahzad "Shazzie" Naseem
         Erin C. Thompson

EAS/jm