# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

**UNITED STATES OF AMERICA,**
    *Plaintiff,*

v.                                        Case No. **2:16-cr-20032-JAR**

**LORENZO BLACK, et al.,**
    *Defendants.*

## MOTION FOR PRODUCTION OF WITNESSES
## PURSUANT TO FED. R. CRIM. PROC. 17(b)

Melody Brannon, undersigned counsel, asks the Court, pursuant to subsection (b) of Rule 17 of the Federal Rules of Criminal Procedure, for authority to subpoena the following witnesses in the above-captioned case:

1. Linda Thomas
   Corrections Corporation of America/CoreCivic
   100 Highway Terrace
   Leavenworth, Kansas 66048

2. Sgt. Wayne Bigelow
   Corrections Corporation of America/CoreCivic
   100 Highway Terrace
   Leavenworth, Kansas 66048

3. Sgt. Ken Lajiness
   Corrections Corporation of America/CoreCivic
   100 Highway Terrace
   Leavenworth, Kansas 66048

Place and time of appearance:

On April 6, 2018 at 9:00 a.m., in Courtroom No. 427 of the Kansas City, Kansas Courthouse.

## Basis for Subpoenas

The Court set a hearing to discuss the Special Master's findings concerning the government's failure to comply with the Phase III investigation.[1] The Court's Phase III Order[2] makes clear the current investigation is focused on the conduct of the U.S. Attorneys' Office and whether the government committed misconduct and violated CCA-Leavenworth inmates' Sixth Amendment rights. Many factual questions remain concerning the government's conduct that the Special Master has not yet been able to answer due to the government's failure to comply and participate with his investigation.

At the next hearing, the Federal Public Defender intends to present evidence that will assist the Court in making findings and conclusions about the government's failure to comply with the Phase III investigation and, ultimately, whether any Sixth Amendment violations occurred. This evidence will be limited to matters not previously put forward as evidence or discussed

---

[1] Docket Entry (D.E.) 300.
[2] D.E. 253.

2

in a Special Master report, or will serve to further explain or provide context to information previously presented to the Court.

Linda Thomas served as the warden at CCA during the relevant time period. She will be able to testify to the facility's recording capabilities, her communications with the government regarding the facility's recording capabilities, and her facility's policies and procedures regarding recording and disclosure.

Sgt. Wayne Bigelow is an employee for CoreCivic who works as the Security Threat Group Coordinator at CCA-Leavenworth. He previously testified before this Court in this case on September 7, 2016 regarding general procedures for attorney-client phone calls. He can now testify concerning his efforts to privatize defense attorney phone numbers subsequent to his last testimony, including procedures implemented in response to this Court's orders. He can further testify about the process and procedures from which the U.S. Attorneys' Office and U.S. Marshals Service requested information and materials that led to them obtaining attorney-client privileged communications. Finally, he can authenticate documents and communications that may be offered as exhibits.

Sgt. Ken Lajiness is an employee for CoreCivic who works as an investigator. He worked for the former employee, Deborah Kinney. He will testify about the relationship between CoreCivic and the U.S. Marshals

Service, including his interactions with the U.S. Marshals Service and occasions when the Marshals' requested information from CCA-Leavenworth or directed certain investigations occur within the facility. He can also testify about the index of CCA-Leavenworth video recordings and providing that to the U.S. Attorneys' Office as part of this investigation. Finally, he can authenticate documents and communications that may be offered as exhibits.

## Conclusion

The Federal Public Defender Office operates under the Criminal Justice Act, providing representation to defendants that have been determined indigent and financially unable to pay the fees and expenses for the procurement and production of said witnesses.  The witnesses requested in this Rule 17(b) motion are necessary to litigate the pending issues.

WHEREFORE, counsel asks the Court for an order directing that a subpoena be issued for the above-named two witnesses; that the costs incurred for the procurement and production of said witnesses be paid by the United States; and that the United States Marshal for the District of Kansas, or his duly appointed deputies, be authorized to disburse such funds necessary to pay the fees and costs incurred for the procurement and production of said witnesses at the Motion Hearing on April 6, 2018, at 9:00 a.m.

Respectfully submitted,

s/Melody Brannon
MELODY BRANNON, #17612
Federal Public Defender
117 SW 6th Avenue, Suite 200
Topeka, Kansas  66603
Telephone: (785)-232-9828,
Fax: (785)232-9886
E-mail: melody_brannon@fd.org

5

## CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2018, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the Special Master and all parties, including Movant Parties and Interested Parties in the case.

s/ Melody Brannon
Melody Brannon
