IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**UNITED STATES OF AMERICA,**
    *Plaintiff,*

v.                                  Case No. **2:16-cr-20032-JAR**

**LORENZO BLACK, et al.,**
    *Defendants.*

## MOTION FOR PRODUCTION OF WITNESS
## PURSUANT TO FED. R. CRIM. PROC. 17(b)

Melody Brannon, undersigned counsel, asks the Court, pursuant to subsection (b) of Rule 17 of the Federal Rules of Criminal Procedure, for authority to subpoena the following witness in the above-captioned case:

    1.    Jeff Stokes
           Agent, Kansas Bureau of Investigation
           1620 SW Tyler St.
           Topeka, KS 66612

Place and time of appearance:

On April 6, 2018 at 9:00 a.m., in Courtroom No. 427 of the Kansas City, Kansas Courthouse.

### Basis for Subpoena

The Court set a hearing to discuss the Special Master's findings concerning the government's failure to comply with the Phase III

1

investigation.[1]  The Court's Phase III Order[2] makes clear the current investigation is focused on the conduct of the U.S. Attorneys' Office and whether the government committed misconduct and violated CCA-Leavenworth inmates' Sixth Amendment rights. Many factual questions remain concerning the government's conduct that the Special Master has not yet been able to answer due to the government's failure to comply and participate with his investigation.

At the next hearing, the Federal Public Defender intends to present evidence that will assist the Court in making findings and conclusions about the government's failure to comply with the Phase III investigation and, ultimately, whether any Sixth Amendment violations occurred. This evidence will be limited to matters not previously put forward as evidence or discussed in a Special Master report, or will serve to further explain or provide context to information previously presented to the Court.

We expect Agent Stokes to testify about his communications with AUSA Flannigan, AUSA Tomasic and others about obtaining and reviewing attorney-client videos from CCA and about obtaining and listening to recorded phone calls from pretrial detainees at CCA. He will testify about who had access to the video and audio recordings and whether and how those

---

[1] Docket Entry (D.E.) 300.
[2] D.E. 253.

recordings were distributed to other agencies outside of the USAO. He will testify about whether his testimony at the hearing in *United States v. Dertinger* was complete and accurate. He will testify about the videos stored on his laptop, and communication with the USAO about whether to review, preserve, or turn his laptop over to the Special Master for inspection.

## Conclusion

The Federal Public Defender Office operates under the Criminal Justice Act, providing representation to defendants that have been determined indigent and financially unable to pay the fees and expenses for the procurement and production of said witnesses. The witness requested in this Rule 17(b) motion is necessary to litigate the motions pending before this Court.

WHEREFORE, counsel asks the Court for an order directing that a subpoena be issued for the above-named witness; that the costs incurred for the procurement and production of said witness be paid by the United States; and that the United States Marshal for the District of Kansas, or his duly appointed deputies, be authorized to disburse such funds necessary to pay the fees and costs incurred for the procurement and production of said witness at the Motion Hearing on April 6, 2018, at 9:00 a.m.

Respectfully submitted,

s/ Melody Brannon_____
MELODY BRANNON, #17612
Federal Public Defender
117 SW 6th Avenue, Suite 200
Topeka, Kansas  66603
Telephone: (785)-232-9828,
Fax: (785)232-9886
E-mail: melody_brannon@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2018, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to all interested parties in the case.

s/ Melody Brannon_____
Melody Brannon

4