## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

**UNITED STATES OF AMERICA,**

     **Plaintiff,**

     **v.**
                                  **Case No. 16-CR-20032-JAR**

**LORENZO BLACK, et al.,**

     **Defendants.**

---

### ORDER

    This matter comes before the Court on the Federal Public Defender's ("FPD") Motion to Withdraw Document 403 (Doc. 421).  The FPD moves to withdraw its Motion for Order Prohibiting Further Prosecutorial Interference with Defense Investigation.  The FPD states that the parties have reached a resolution to the motion.  The Government does not object to the motion.  For good cause, the Court grants the FPD's motion to withdraw.

    **IT IS THEREFORE ORDERED BY THE COURT** that the Federal Public Defender's Motion to Withdraw Document 403 (Doc. 421) is **granted**.  The Government's Motion for Order Prohibiting Further Prosecutorial Interference with Defense Investigation (Doc. 403) is hereby **deemed withdrawn**.

    **IT IS SO ORDERED.**

    Dated: March 26, 2018

                             S/ Julie A. Robinson
                             JULIE A. ROBINSON
                             CHIEF UNITED STATES DISTRICT JUDGE