IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | |
|     Plaintiff                                           ) | |
|         v.                                               ) | Case No. 16-20032-JAR |
|                                                    ) | |
| LORENZO BLACK, et al.,                 ) | |
|     Defendants                                    ) | |

## NOTICE OF WITHDRAWAL OF MOTION

The undersigned attorney, Jonathan Laurans, as counsel for Defendant David Lougee, notifies the Court and counsel for the Government that Mr. Lougee's "motion for joinder," as an interested party (Document 94) is hereby withdrawn at this time. Mr. Lougee will no longer be participating in this matter.

| | |
|---|---|
| **Certificate of Service** | Respectfully submitted, |
| I certify that a copy of the above | */s/ Jonathan Laurans* |
| and foregoing was transmitted to | Jonathan Laurans  #15807 |
| all counsel of record by the ECF | The 1609 Law Building |
| system on April 24, 2018. | 1609 West 92nd Street |
| | Kansas City, Missouri  64114 |
| */s/ Jonathan Laurans* | (816)421-5200/jlaurans@msn.com |
| Jonathan Laurans, #15807 | Counsel for David Lougee |

1