# In the United States District Court
# for the District of Kansas

**United States of America**,
    Plaintiff,

v.                                              Case No. **2:16-cr-20032-JAR**

**Lorenzo Black, et al.**,
    Defendants.

## Order for Production of Witnesses Pursuant to Fed. R. Crim. P. 17

Special Master David Cohen has submitted several subpoenas to the United States Marshals Service for service on various witnesses in advance of the May 15, 2018, hearing in this case.  The Special Master shall pay the costs and fees associated with each subpoena.  The United States Marshal for the District of Kansas (or a duly appointed deputy) is ordered to serve the subpoena or arrange for service, at the Special Master's request, and authorized to disburse the necessary funds to pay the costs and fees associated with each subpoena.

Name of person or entity to be subpoenaed:

1. Sgt. Wayne Bigelow
2. Sgt. Ken Lajiness
3. Pat Cook
4. Erin Tomasic

5. David Steeby

6. Kim Flannigan

7. Pauletta Boyd

8. David Zabel

9. John Seubert

10. Scott Rask

11. Chris Oakley

12. Tris Hunt

13. Lanny Welch

14. Emily Metzger

15. Debra Barnett

16. Tom Beall

17. Leslie West

18. Deborah Kinney

19. Linda Thomas

20. Agent Jeff Stokes

21. Sheri Catania

Place and time of appearance:

On May 15 and 16, 2018 at 9:00 a.m., in Courtroom No. 427 of the Kansas City, Kansas Courthouse.

Dated this 26th day of April, 2018.

S/ Julie A. Robinson
Honorable Julie A. Robinson
United States District Court Chief Judge