IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:16-cr-20032-JAR |
| | ) | |
| LORENZO BLACK, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ENTRY OF APPEARANCE AS CO-COUNSEL

Please take notice that the undersigned attorney enters his appearance as co-counsel for Linda Thomas and Wayne Bigelow, in the above-captioned case. All documents related to the above-captioned case should also be served on Hal D. Meltzer of Baker Sterchi Cowden & Rice at the address stated below.

            BAKER STERCHI COWDEN & RICE

            By: /s/Hal D. Meltzer
            Hal D. Meltzer      KS #10121
            2400 Pershing Road, Suite 500
            Kansas City, Missouri 64108
            (816) 471-2121   Fax: (816) 472-0288
            meltzer@bscr-law.com

            ATTORNEYS FOR LINDA THOMAS
            AND WAYNE BIGELOW

I hereby certify that the original of this pleading was signed by counsel and the above and foregoing was filed with the Clerk of the Court using the CM/ECF system.

/s/Hal D. Meltzer
For the Firm