# In the United States District Court
# for the District of Kansas

**United States of America**,
          Plaintiff,

v.                                                          Case No. **16-cr-20032-JAR**

**Lorenzo Black, et al.,**
          Defendant.

## Amended Order

This matter is before the Court on the Federal Public Defender's ("FPD") Notice of Invocation of Rights and Motion for Protective Order (Doc. 484). The Federal Public Defender for the District of Kansas asks this Court to prohibit, effective immediately, the United States Attorney's Office ("USAO") and it agents from requesting or accessing recorded FPD-client calls through CCA-Leavenworth (now Corecivic); Securus Technologies, Inc.; Praeses, LLC; or any third party that may have access to the protected communications.

**IT IS THEREFORE ORDERED BY THE COURT** that the Federal Public Defender's Notice of Invocation of Rights and Motion for Protective Order (Doc. 484) is **granted**.  The United States Attorney's Office for the District of Kansas and its agents are prohibited, effective immediately, from requesting or accessing recorded calls between the Federal Public Defender

2

and clients through CoreCivic Leavenworth Detention Center; Securus Technologies, Inc.; Praeses, LLC; or any third party that may have access to the protected communications described in the Federal Public Defender's motion.

**IT IS SO ORDERED.**

Dated: June 7, 2018

S/ Julie A. Robinson
JULIE A. ROBINSON
CHIEF UNITED STATES DISTRICT
JUDGE
