# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

**UNITED STATES OF AMERICA,**
　　　　　　*Plaintiff,*

　　　**v.**　　　　　　　　　　　Case No. **16-20032-JAR**

**LORENZO BLACK, *et al.*,**
　　　　　　*Defendants.*

## MOTION FOR ACCESS TO SPECIAL MASTER'S INVESTIGATION

The Federal Public Defender asks the Court to allow the Special Master to provide copies of information he obtained in the course of his investigation. This information is necessary to identify District of Kansas defendants who may be entitled to post-conviction relief. The government does not oppose the release of this information.

First, the FPD asks the Special Master to provide a copy of all CCA records of legal or professional visitation between February 20, 2016, and May 16, 2016.[1] When the visitation records are coupled with the findings in the Special Master's Report,[2] we should be able to identify defendants whose

---

[1] *United States v. Black*, D.E. 193, Special Master's First Report Regarding Video Recordings, at 5.

[2] *Id.* at 2.

legal meetings were recorded and produced to the USAO. Those detainees may have a claim for post-conviction relief.

Second, the FPD asks the Court to permit the Special Master to release copies of USAO or United States Marshal written requests to CCA for recorded phone calls. Although the records are inconsistent and incomplete, the FPD may be able to identify some defendants whose attorney-client calls were recorded. If those calls were provided to the USAO, those defendants may have a claim for post-conviction relief.

The materials requested should contain no protected information.

For these reasons, we ask the Court to allow the Special Master to provide these materials to the parties for review.

Respectfully submitted,

s/ Melody Brannon
MELODY BRANNON #17612
Federal Public Defender
for the District of Kansas
117 SW 6th Avenue, Suite 200
Topeka, Kansas 66603-3840
Phone: 785-232-9828
Fax: 785-232-9886
E-mail Address: Melody_Brannon@fd.org

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 12, 2018, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the Special Master and all parties, including Movant Parties and Interested Parties in the case.


s/ Melody Brannon
Melody Brannon