PS 8 (12/04)
D/KS 10/15

PACTS 2289193

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF KANSAS

U.S.A. vs. Lorenzo Black                              Docket No. 1083 2:16CR20032-001

### Petition for Action on Conditions of Pretrial Release

COMES NOW Sara J. Valdez Hoffer, Supervisory U.S. Pretrial Services Officer, presenting an official report upon the conduct of defendant Lorenzo Black, who was placed under pretrial release supervision by the Honorable Teresa James sitting in the court at Kansas City, Kansas, on 10/26/2016, under the following conditions:

1. **The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.**

2. **The defendant must submit to supervision by and report for supervision as directed by Pretrial Services.**

3. **Resolve all outstanding warrants.**

4. **The defendant must not violate federal, state, or local law while on release.**

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On June 26, 2018, the US Probation Office attempted to contact the defendant by telephone to schedule a home contact and to confirm the defendant's work hours. A voicemail was left, however, the defendant failed to return the officer's call. On June 28, 2018, the US Probation Office reported to the defendant's reported residence in order to meet with the defendant. A female occupant who identified herself only as "Ashley" advised the defendant no longer lives at the home. Ashley was uncooperative and would not provide any further details regarding when the defendant had moved from the residence. She stated she would contact the defendant and instruct him to contact the US Probation Office. The US Probation Officer provided a telephone number and instructions to have the defendant contact the office by the end of that day. However, the defendant failed to make contact with the officer. On June 29, 2018, a certified letter was mailed to the defendant instructing him to report to the US Probation Office on July 5, 2018. As of the date of this writing, the defendant has not reported to the US Probation Office nor contacted the US Probation Office by telephone.

On July 5, 2018, the US Probation Office was notified the defendant was arrested by the Platte County, Missouri Sheriff's Department for Driving While Revoked or Suspended. The defendant is currently being held in the Platte County jail. In addition to the above listed charge, the Platte County Sheriff's Office advised the defendant has $1,200 in outstanding warrants from Raytown, Missouri and Kansas City, Missouri. A detainer has been lodged with the Platte County Sheriff's Office by the other law enforcement agencies.

PS8    *Lorenzo Black*                                                                                                          *2 of 2*

PRAYING THAT THE COURT WILL ORDER the issuance of a warrant for the defendant's arrest and he be required to appear and show cause as to why his bond should not be revoked.

Approved:

_____
Christopher Lewis, Supervisory U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.
Executed on:    July 5, 2018

_____
Sara J. Valdez Hoffer
Supervisory U.S. Probation Officer
Place:    Kansas City, Kansas

**ORDER OF COURT**

Considered and ordered this  5th  day of  July  20 18 and ordered filed and made a part of the records in the above case. The court's signature below denotes concurrence with the Pretrial Officer's above recommendation.
**If Petition results in the issuance of a Warrant, Petition and Warrant sealed and not to be distributed to counsel of record.  Unsealed upon arrest.**

 S/ Julie A. Robinson
Honorable Julie A. Robinson
Chief U.S. District Judge

cc:  AUSA