AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Kansas

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| LORENZO BLACK | ) | Case No. 2:16CR20032-001 |
| | ) | |
| *Defendant* | ) | |

*[handwritten: 28002-031]*

**FILED**
JUL 11 2018
TIMOTHY M. O'BRIEN CLERK
By _____ Deputy

**SEALED**

**RECEIVED**
UNITED STATES MARSHAL
DISTRICT OF KANSAS
(KANSAS CITY OFFICE)

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   LORENZO BLACK,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☑ Order of the Court

This offense is briefly described as follows:

Violation of conditions of pretrial release.

Date:   07/05/2018

*Issuing officer's signature*

City and state:   Kansas City, KS

H. Ledwig, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 7-5-18, and the person was arrested on *(date)* 7-11-18
at *(city and state)* KCK 66101.

Date: 7/11/18

*Arresting officer's signature*

RB Hoffer   DUSM
*Printed name and title*