In the United States District Court
for the District of Kansas

**United States of America**,
      Plaintiff,

v.              Case No. **16-cr-20032-JAR**

**Lorenzo Black, et al.**,
      Defendant.

## Motion for Production of Documents and Objects Pursuant to Fed. R. Crim. P. 17(b) and (c)

The Federal Public Defender for the District of Kansas seeks (1) a subpoena duces tecum under Rule 17(c) of the Federal Rules of Criminal Procedure; (2) payment of costs and fees for the subpoena under Rule 17(b); and (3) a records-custodian affidavit under Rule 902(11) of the Federal Rules of Evidence, as follows:

Name of person or entity to be subpoenaed:

 Securus Technologies
 Attn: Joshua Martin
 14651 Dallas Parkway, Suite 600
 Dallas, Texas 75254

Documents and objects to be produced:

 All Recording Access logs for requests made by CCA-Leavenworth/ CoreCivic for calls recorded at that facility between January 1, 2010, and July 20, 2018, (or the date that Securus stopped providing service

1

to CCA-Leavenworth/ CoreCivic). Please provide the data in one or more of the following electronic file formats: .docx, .xls, .xlsx, .txt, or .rtf (not .pdf, .jpeg, .tiff, or .gif).

Deadline and place for production:

On or before **August 1, 2018**, to the Federal Public Defender's Office, 117 S.W. 6th Street, Suite 200, Topeka, Kansas, 66603.

## Background

This request is potentially for a large amount of data, but in this format we should be able to run searches to eliminate requests that we already know about; eliminate non-District of Kansas detainees; and identify cases where any government agent requested recorded detainee calls that might include attorney-client calls. Requesting this database is easier than providing the pertinent information to Securus on a case-by-case basis and asking them to run the searches. We will, however, coordinate with Securus counsel Josh Martin to determine the least burdensome manner to obtain this information.

## Procedure

Rule 17(c) authorizes this Court to issue subpoenas for the production of documents. The rule authorizes production before the documents are offered in evidence, and inspection upon production. The rule reaches essential,

relevant documents, unable to be obtained by a party exercising due diligence, so long as the party's request is in good faith.[1]

The FPD is a party in this litigation and not authorized to pay the costs and fees associated with a subpoena. We were appointed by District of Kansas Standing Order 18-3 to represent all persons who may be eligible for relief under this agreement. We therefore request payment of any costs and fees "in the same manner as those paid for witnesses the government subpoenas."[2]

## Records-Custodian Affidavit

If the custodian of the subpoenaed records executes an affidavit that complies with Federal Rule of Evidence 902(11), it will be less likely that the custodian will need to present live testimony at trial. *See* Fed. R. Evid. 803(6)(D). Avoiding live testimony will conserve judicial resources and promote an efficient resolution of the case. We therefore ask the Court to direct the custodian of the subpoenaed records to execute a records-custodian affidavit that complies with Rule 902(11).

---

[1] *United States v. Nixon*, 418 U.S. 683, 699-700 (1974).
[2] Fed. R. Crim. P. 17(b).

## Conclusion

The requested documents are material, and unavailable without this subpoena. The putative clients are unable to pay the costs and fees associated with the subpoena. We therefore request (1) a subpoena duces tecum as described above under Rule 17(c); and (2) payment of costs and fees under Rule 17(b); (3) a records-custodian affidavit under Rule 902(11).

                          Respectfully submitted,

                          s/Melody Brannon_____
                          MELODY BRANNON, #17612
                          Federal Public Defender
                          117 SW 6th Avenue, Suite 200
                          Topeka, Kansas  66603
                          Telephone: (785)-232-9828,
                          Fax: (785)232-9886
                          E-mail: melody_brannon@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2018, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the Special Master and all parties, including Movant Parties and Interested Parties in the case.

                          s/ Melody Brannon_____
                          Melody Brannon