IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA,     ) | |
|                               ) | |
|         Plaintiff,            ) | |
|     v.                        ) | Case No. 16-20032-01,03-JAR |
|                               ) | |
| LORENZO BLACK,                ) | |
| ANTHON AIONO,                 ) | |
|                               ) | |
|         Defendants.           ) | |
|                               ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2018, a copy of the Notice of Forfeiture and Preliminary Order of Forfeiture (Doc. 266 & 267) were sent by first class mail and by certified mail, return receipt requested, to Jason Hoffman with the Law Offices of Hoffman & Hoffman.

Executed on October 22, 2018.

STEPHEN R. McALLISTER
United States Attorney
District of Kansas


/s/Annette Gurney
ANNETTE GURNEY, #11602
Assistant United States Attorney
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
(316) 269-6481
Fax: (316) 269-6484
Annette.gurney@usdoj.gov

2

## CERTIFICATE OF SERVICE

This is to certify that on October 22, 2018, the foregoing was electronically filed with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

/s/Annette Gurney
ANNETTE GURNEY, #11602
Assistant United States Attorney

2