IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>                Plaintiff, )<br>)<br>v. )<br>)<br>LORENZO BLACK, )<br>ANTHON AIONO, )<br>)<br>                Defendants. )<br>                                        ) | Case No. 16-20032-01,03-JAR |

## CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2018, a copy of the Notice of Forfeiture and Preliminary Order of Forfeiture (Doc. 266 & 267) were sent by first class mail and by certified mail, return receipt requested, to Cynthia M. Dodge with Cynthia M. Dodge LLC.

Executed on October 22, 2018.

                                        STEPHEN R. McALLISTER
                                        United States Attorney
                                          District of Kansas

                                          /s/Annette Gurney
                                          ANNETTE GURNEY, #11602
                                          Assistant United States Attorney
                                          1200 Epic Center, 301 N. Main
                                          Wichita, Kansas 67202
                                          (316) 269-6481
                                          Fax: (316) 269-6484
                                          Annette.gurney@usdoj.gov

## **CERTIFICATE OF SERVICE**

This is to certify that on October 22, 2018, the foregoing was electronically filed with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

/s/Annette Gurney
ANNETTE GURNEY, #11602
Assistant United States Attorney