## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | |
| v. | Case No. 16-20032-JAR |
| **LORENZO BLACK,** <br> **KARL CARTER,** <br> **ANTHON AIONO,** <br> **ALICIA TACKETT, and** <br> **CATHERINE ROWLETTE** | |
| **Defendants.** | |

## ORDER

Pursuant to the Court's October 11, 2016 Appointment Order[1] of David R. Cohen as Special Master, the United States is ordered to pay the attached Summary Bill for Billing Period November, 2018, in the total amount of $34,134.63, which this Court has approved after *in camera* reviewing a detailed an itemized billing.  The Clerk of the Court is directed to make the check payable to David R. Cohen, within 20 days.

**IT IS SO ORDERED.**

Dated: December 21, 2018

                                            S/ Julie A. Robinson <br>
                                            JULIE A. ROBINSON <br>
                                            UNITED STATES DISTRICT JUDGE

---

[1] Doc. 146



# DAVID R. COHEN
## Federal Special Master

24400 Chagrin Blvd., Suite 300
Cleveland, Ohio 44122
Telephone: 216.831.0001
Facsimile: 866.357.3535
David@SpecialMaster.law

**Summary Billing Statement / Proposed Order**
**Billing Period: November, 2018**

United States of America v. Lorenzo Black
US District Court
District of Kansas
16-CR-20032

| Item | Government total |
|---|---:|
| New Fees (DRC 36.5 hrs @ $600.00/hr.) | $21,900.00 |
| New Expenses *DRC* | $2,177.70 |
| New Expenses *VanBebber Law* | $9,975.00 |
| New Expenses *American Discovery* | $81.93 |
| **Total New Charges** | **$34,134.63** |
| Prior Balance | $84,831.01 |
| Payments – Thank You! | $84,831.01 |
| **Total Now Due** | **$34,134.63** |

s/Julie A. Robinson
_____
Judge Julie A. Robinson