IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 2:16-cr-20032-JAR |
| v. ) | |
| ) | |
| LORENZO BLACK, et al., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

COME NOW Hal D. Meltzer and the law firm of Baker Sterchi Cowden & Rice, LLC of Kansas City, Missouri, counsel for employees of defendant CoreCivic, Linda Thomas and Wayne Bigelow while testifying before the Court pursuant to subpoena at a hearing on May 16, 2018, and pursuant to L.R. 83.5.5, notify the Court of their withdrawal as counsel of record for Linda Thomas and Wayne Bigelow. Alyssa C. Brockert and the Wallace Saunders law firm remain as counsel for defendant CoreCivic and will represent Linda Thomas, Wayne Bigelow and/or any employee of defendant CoreCivic as needed in the future.

BAKER STERCHI COWDEN & RICE, LLC

s/ Hal Meltzer
Hal Meltzer                    KS #10121
51 Corporate Woods
9393 W. 110th Street, Suite 500
Overland Park, KS 66210
Tel:   (913) 451-6752
Fax;   (816) 472-0288
meltzer@bscr-law.com

**ATTORNEYS FOR LINDA THOMAS
AND WAYNE BIGELOW**

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 28th day of January, 2019, the above and foregoing was filed with the Clerk of the Court using the CM/ECF system which will send a copy to all counsel of record. In addition, a copy was sent electronically to:

Linda Thomas
Leavenworth Detention Center
100 Highway Terrace
Leavenworth, KS 66048

and

Wayne Bigelow
Leavenworth Detention Center
100 Highway Terrace
Leavenworth, KS 66048

                                                    s/ Hal Meltzer