IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                                          Case No. 16-20032-01-JAR

LORENZO BLACK,

    Defendant.

## MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

Defendant Lorenzo Black, by and through undersigned counsel, respectfully moves this Court to grant early termination of supervised release in this case, effective immediately. In support of this motion, defendant states as follows:

1. On July 30, 2018, Mr. Black was sentenced to time served, followed by one year of supervised release.

2. Mr. Black has completed more than half of his scheduled term of supervised release and complied with all conditions, with no violations reported.

3. Probation Officer John Gabrielson has confirmed that he has no objection to terminating Mr. Black's supervision at this time.

4. Government counsel, AUSA Chris Oakley, has confirmed that he has no objection to terminating Mr. Black's supervision at this time provided the Probation Office does not object.

5. Mr. Black has obtained all of the benefits that supervised release can offer him.

At this point, he is ready to move forward in his life without supervision, and the resources of the Probation Office would be better spent assisting other defendants.

Wherefore, for the foregoing reasons, defendant Lorenzo Black respectfully asks this Court to terminate his period of supervised release, effective immediately.

Respectfully submitted,
s/John Jenab
John Jenab, KS #18069
JENAB LAW FIRM, P.A.
7431 Broadway #9
Kansas City, MO 64114
Tel (816) 759-8686
Fax (816) 759-8685
john.jenab@gmail.com
Attorney for Defendant

## Certificate of Service

I certify that I filed the foregoing on February 1, 2019, using the Court's CM/ECF filing system, which provides electronic notice to all counsel of record.

s/John Jenab
John Jenab
