



CCA
CORRECTIONS CORPORATION OF AMERICA
Phone: 913-727-3246
Fax: 913-727-2231

VISITOR LOG
CORRECTIONS CORPORATION OF AMERICA
LEAVENWORTH DETENTION CENTER

DATE: 2-26-16

| NAME OF VISITOR | PHOTO ID & # | REASON FOR VISIT | BADGE # | TIME IN / OUT | SIGNATURE |
|---|---|---|---|---|---|
| Lee, Clinton | KS094 1830 | 3-79a103 | 9 | 1351/1616 | [signature] |