XXXX TYWAN A. POOLE #25194-045

F.C.C. FORREST CITY

P.O. BOX 9000

Forrest City, Arkansas 72336

870-630-6000

Defendant appearing pro se

FILED

AUG 12 2019

TIMOTHY M. O'BRIEN CLERK
By _____ Deputy

UNITED STATES DISTRICT COURT

DISTRICT OF KANSAS

| UNITED STATES OF AMERICA, | ) | Case No. COMPLAINT - Rule 41(g) |
| --- | --- | --- |
| Plaintiff, | ) | RE: 16-CR-20032-JAR/17-CV-02320-JAR |
| | ) | NOTICE OF CHANGE OF ADDRESS |
| v. | ) | |
| TYWAN A. POOLE, | ) | UNDER CLERK FILING RULE 25(A)(2)(b) |
| Defendant. | ) | |

Please note the new address of the undersigned Defendant, effective immediately, which appears above. In relation to any court notification between JUNE 27, 2019 to current, please FORWARD to litigant.

Dated: AUGUST 5, 2019

/s/ _____, Defendant
pro se

CERTIFICATE OF SERVICE

Pro Se litigant Mr. Poole request that any personnel be FORWARDED A copy of this document will be e-served on counsel for Plaintiff, by the CM/ECF system, when the herein is filed.

Dated: August 5, 2019

/s/ _____, Defendant
pro se