

Tywan Poole #25194-045
F.C.C. Forrest City - M/A
P.O. Box #9000
Forrest City, Arkansas
72336

(LEGAL MAIL)

◇25194-045◇
Kansas Us District Court
500 N 5TH ST
Kansas CITY, KS 66101
United States

RECEIVED
AUG 12 2019
CLERK, U.S. DISTRICT COURT