# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

                    Plaintiff,

V.                                        CASE NO. 16-20032-JAR

LORENZO BLACK, et al,

                    Defendants.

## RECEIPT

Receipt is hereby acknowledged of ___Federal Public Defender's Office___ for ___DVR Drives___ in the above entitled case.

DVR Drives 1-6 (white boxes)
Two boxes of DVR Drive 6 (notes on boxes indicated they failed to load)
One box of DVR Drive 6

Dated at ___Kansas City___ this ___16___ day of ___August___, ___2019___.

_[signature]_

FEDERAL PUBLIC DEFENDER'S OFFICE