IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS

FILED
SEP 09 2019
TIMOTHY M. O'BRIEN CLERK
By _____ Deputy

UNITED STATES OF AMERICA,
    Plaintiff,

V.

KARL CARTER,
    Defendant.

Case NO. 16-20032-02-JAR
RE: U.S. v. Black
     U.S. v. Huff
Poole v. U.S. Rule 41(g)
Under Clerk Filing
Rule 25(A)(2)(b)

## NOTICE OF APPEAL

Comes now TYWAN A. Poole, under the penalty of perjury, a Pro-Se litigant that is a inmate in Federal Custody located at F.C.C. FORREST CITY LOW in FORREST CITY, ARKANSAS. By a declaration and in compliance with 28 USC 1746 are requesting that this court allow this motion to be official NOTICE OF APPEAL to the 10th CIRCUIT COURT OF APPEALS in the State of KANSAS, request Motion under 41(g).

Respectfully Submitted,
Sig: [signature]
Print: TYWAN A. POOLE
Date: August 29, 2019

# Certificate of Service

I, TYWAN A. POOLE hereby certify that I have served a true and correct copy of the following by placement in the inmate mail:

NOTICE OF APPEAL

UNDER CLERK FILING RULE 25(A)(2)(b)
Furthermore so that this MOTION be FORWARDED to necessary Personnel
Service of process is deemed complete at the time of delivery to the United States Postal Service for forwarding to the Court. <u>Houston v. Lack</u> 101 L.Ed.2d 245 (1988) confirms that by such service upon the parties to litigation and or his/her attorney of record, by placement in a sealed, postage prepaid envelope addressed to:

Clerk of Court c/o
KANSAS UNITED STATES DISTRICT COURT
500 N. 5th STREET
KANSAS CITY, KANSAS 66101

and deposited in the United States Mail maintained by the United States F.C.C. FORREST CITY LOW, all requirements of service of process required by law have been fulfilled this:

29th day of August 20 19

TYWAN A. POOLE #25194-045
F.C.C. FORREST CITY LOW
P.O. BOX #9000
FORREST CITY, ARKANSAS
72336

(Name) _____

25194-045
Bureau of Prisons Register Number