Print Date: 08/30/2016 9:30:15AM

# LEAVENWORTH DETENTION CENTER
## DAILY VISITATION LOG BY INMATE

From: 2/29/16   To: 8/30/16

Inmate: POOLE, TYWAN ALFREEDIE
Agency #: 25194045   CCA #: 2234397

| VISITOR NAME | START TIME | END TIME | VISIT LENGTH | OFFICIAL VISIT |
|---|---|---|---|---|
| BLEGEN, CHRISTINE MICHELLE - ATTORNEY | 6/24/16 2:02PM | 6/24/16 7:05PM | 5:03 | Y |
| BLEGEN, CHRISTINE MICHELLE - ATTORNEY | 7/11/16 1:46PM | 7/11/16 3:52PM | 2:06 | Y |

TOTAL OFFICIAL VISITORS THIS DATE RANGE: 2
TOTAL NON-OFFICIAL VISITORS THIS DATE RANGE: 0
TOTAL VISITORS THIS DATE RANGE: 2