AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Kansas

| United States of America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 16-20032-JAR |
| Lorenzo Black, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Federal Public Defender's Office, Movant                                                                                   .

Date:    10/31/2019                                            s/ Lydia Krebs
                                                                         *Attorney's signature*

                                                                         Lydia Krebs, #22673
                                                                     *Printed name and bar number*

                                                                     117 SW 6th Avenue, Suite 200
                                                                            Topeka, KS 66603

                                                                                  *Address*

                                                                          lydia_krebs@fd.org
                                                                             *E-mail address*

                                                                            (785) 232-9828
                                                                          *Telephone number*

                                                                            (785) 232-9886
                                                                               *FAX number*