# UNITED STATES DISTRICT COURT
## OFFICE OF THE CLERK
### DISTRICT OF KANSAS

www.ksd.uscourts.gov

TIMOTHY M. O'BRIEN
CLERK
INGRID CAMPBELL
CHIEF DEPUTY CLERK
259 ROBERT J. DOLE U.S. COURTHOUSE
500 STATE AVENUE
KANSAS CITY, KANSAS 66101
(913) 735-2200

Kansas City, Kansas

November 22, 2019

204 U.S. COURTHOUSE
401 N. MARKET
WICHITA, KANSAS 67202
(316) 315-4200

490 U.S. COURTHOUSE
444 S.E. QUINCY
TOPEKA, KANSAS 66683
(785) 338-5400

Clerk, U.S. Court of Appeals
 for the Tenth Circuit

USA v. Black et al
District Court Case ]2:16-cr-20032-JAR
Circuit Appeal No:  19-3200

Dear Clerk,

Please be advised that the record is complete for the purposes of appeal.

_____    The transcript was filed this date.

_____    A transcript is not necessary for this appeal.

\_\_\_X\_\_\_    The necessary transcript is all ready on file in the U.S. District Court.

_____    The necessary transcript was ordered previously in appeal #_____.


Sincerely,

TIMOTHY M. O'BRIEN


By:    s/ Yolanda D. Marzett
       Deputy Clerk


cc: Counsel of Record (**SEE NOTICE OF ELECTRONIC FILING**)