# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**KARL CARTER,** )<br>)<br>**Defendant.** )<br>_____ ) | Case No. 16-CR-20032-02-JAR |

## NOTICE OF APPEAL

COMES NOW Terra D. Morehead, as a movant in her individual capacity, and gives notice of her intent to appeal the District Court's order entered on the docket of January 28, 2020 (doc. 805), in combination with the Findings of Fact and Conclusions of Law (doc. 758) entered on August 13, 2019.

Respectfully submitted,

*s/ Terra D. Morehead*
TERRA D. MOREHEAD, #12759
500 State Avenue, Suite 360
Kansas City, Kansas 66101
T: (913)551-6680
F: (913)551-6541
E-mail: terra.morehead@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on the 27th day of February, 2020, this Notice of Appeal was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which will send a Notice of Docket Activity to all ECF system participants as of the time of the filing, including to the defendant's counsel of record.

*s/ Terra D. Morehead*
TERRA D. MOREHEAD, #12759