IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 16-20032-01,03-JAR |
| ) | |
| LORENZO BLACK, ) | |
| ANTHON AIONO, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2020, a copy of the Notice of Forfeiture and Preliminary Order of Forfeiture (Doc. 266 & 267) were sent by first class mail and by certified mail, return receipt requested, to Alicia Tackett. The certified mail return receipt shows delivery on September 17, 2020.

Executed on October 23, 2020.

                STEPHEN R. McALLISTER
                United States Attorney
                District of Kansas


                /s/Annette Gurney
                ANNETTE GURNEY, #11602
                Assistant United States Attorney
                1200 Epic Center, 301 N. Main
                Wichita, Kansas 67202
                (316) 269-6481
                Fax: (316) 269-6484
                Annette.gurney@usdoj.gov

## CERTIFICATE OF SERVICE

This is to certify that on October 23, 2020, the foregoing was electronically filed with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

                                                /s/Annette Gurney  
                                                ANNETTE GURNEY, #11602  
                                                Assistant United States Attorney